# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   CHRISTOPHER AMUNDSON                   §       Case No.: 12-31028
         JULIE AMUNDSON                         §
                                                §
         Debtor(s)                              §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/03/2012.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/29/2012.

6) Number of months from filing to the last payment: 3

7) Number of months case was pending: 3

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    43,400.00

10) Amount of unsecured claims discharged without payment $        .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 2,640.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 2,640.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,472.70 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 132.00 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,604.70 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAVALRY PORTFOLIO SV | UNSECURED | 518.00 | 526.20 | 526.20 | .00 | .00 |
| CAVALRY PORTFOLIO SV | UNSECURED | .00 | 852.72 | 852.72 | .00 | .00 |
| MIDLAND FUNDING LLC | UNSECURED | 1,330.43 | 1,330.43 | 1,330.43 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 35,585.35 | 53,146.69 | 35,585.35 | .00 | .00 |
| CFS | UNSECURED | .00 | 9,317.09 | 9,317.09 | .00 | .00 |
| DEPT STORES NATIONAL | UNSECURED | 1,287.75 | 1,287.75 | 1,287.75 | .00 | .00 |
| CITIMORTGAGE INC | SECURED | 318,000.00 | .00 | .00 | .00 | .00 |
| ARCHER BANK | UNSECURED | 665.00 | NA | NA | .00 | .00 |
| NORTHBROOK BANK & TR | SECURED | 258,098.32 | 258,098.32 | .00 | .00 | .00 |
| NORTHBROOK BANK & TR | UNSECURED | 258,098.32 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | .00 | NA | NA | .00 | .00 |
| 1STCHAS | UNSECURED | .00 | NA | NA | .00 | .00 |
| 1STCHAS | UNSECURED | .00 | NA | NA | .00 | .00 |
| ABN AMRO | UNSECURED | .00 | NA | NA | .00 | .00 |
| ABN AMRO | UNSECURED | .00 | NA | NA | .00 | .00 |
| BARCLAYS BANK DELAWA | UNSECURED | .00 | NA | NA | .00 | .00 |
| AMEX | UNSECURED | .00 | NA | NA | .00 | .00 |
| ARCHER BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| ASSET MANAGEMENT PRO | UNSECURED | .00 | NA | NA | .00 | .00 |
| BANCO POPULAR | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 526.20 | NA | NA | .00 | .00 |
| FIA CARD/BOA/MBNA AM | UNSECURED | NA | 12,514.30 | 12,514.30 | .00 | .00 |
| FIA CARD/BOA/MBNA AM | UNSECURED | 1,511.91 | 1,511.91 | 1,511.91 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BANK OF AMERICA NA | UNSECURED | .00 | NA | NA | .00 | .00 |
| LINDIA LLC | UNSECURED | 2,337.00 | 2,337.61 | 2,337.61 | .00 | .00 |
| BERTON N RING PC | UNSECURED | NA | NA | NA | .00 | .00 |
| BLATT HASENMILLER LE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| BRIDGEVIEW BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| BRIDGEVIEW BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| METRIS | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 4,591.93 | 4,591.93 | 4,591.93 | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 5,496.91 | 5,496.91 | 5,496.91 | .00 | .00 |
| CBA/EQUITY ONE | UNSECURED | NA | NA | NA | .00 | .00 |
| US BANK | UNSECURED | 9,317.00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 11,267.00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | NA | 300.00 | 300.00 | .00 | .00 |
| CHASE | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 368.00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | .00 | NA | NA | .00 | .00 |
| PORTFOLIO INVESTMENT | UNSECURED | 4,976.75 | 4,976.75 | 4,976.75 | .00 | .00 |
| CHASE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHUHAK & TECSON PC | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHUHAK & TECSON PC | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHUHAK & TECSON PC | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHUHAK & TECSON PC | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITI | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| BACK BOWL LLC | UNSECURED | 12,262.21 | 12,262.21 | 12,262.21 | .00 | .00 |
| CITIBANK SOUTH DAKOT | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIZENS FINANCE CO | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIZENS FINANCE CO | UNSECURED | .00 | NA | NA | .00 | .00 |
| CORPORATION COUNSEL | UNSECURED | .00 | NA | NA | .00 | .00 |
| CORPORATION COUNSEL | UNSECURED | .00 | NA | NA | .00 | .00 |
| CORPORATION COUNSEL | UNSECURED | .00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | 1.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CREDIT ONE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| DENY QUINONEZ | UNSECURED | .00 | NA | NA | .00 | .00 |
| DEUTSCH LEVY & ENGEL | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| DONALD LEE JOHNSON | UNSECURED | .00 | NA | NA | .00 | .00 |
| ENGELMAN & SMITH | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE BANK | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| FIA CARD/BANK OF AME | UNSECURED | 12,514.30 | NA | NA | .00 | .00 |
| FIRST CHICAGO BANK & | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIRST CHICAGO BANK & | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIRST CHICAGO BANK & | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| FREEDMAN ANSELMO LIN | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEORGE ARTHUR HESIK | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEORGE PANAGOULIAS L | UNSECURED | .00 | NA | NA | .00 | .00 |
| GOLDMAN AND GOLDMAN | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC NV | UNSECURED | NA | NA | NA | .00 | .00 |
| HSBC NV | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC CARSON | UNSECURED | .00 | NA | NA | .00 | .00 |
| LAWRENCE E LEVINE M | UNSECURED | 79.00 | NA | NA | .00 | .00 |
| LAVELLE LEGAL SERVIC | UNSECURED | .00 | NA | NA | .00 | .00 |
| LABE BANK/FHLMC | UNSECURED | .00 | NA | NA | .00 | .00 |
| LABE BANK/FHLMC | UNSECURED | .00 | NA | NA | .00 | .00 |
| LASALLE NATIONAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| LAWRENCE SEIWERT | UNSECURED | .00 | NA | NA | .00 | .00 |
| LEO G AUBEL | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| MARTIN & KARCAZES LT | UNSECURED | .00 | NA | NA | .00 | .00 |
| MACYS DSNB | UNSECURED | .00 | NA | NA | .00 | .00 |
| MOREQUITY | UNSECURED | .00 | NA | NA | .00 | .00 |
| NGBL CARSONS | UNSECURED | .00 | NA | NA | .00 | .00 |
| PAUL L LEEDS | UNSECURED | .00 | NA | NA | .00 | .00 |
| PHILLIP GROSSMAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| RICHARD SCHWARTZ | UNSECURED | .00 | NA | NA | .00 | .00 |
| RNB-FIELDS3 | UNSECURED | .00 | NA | NA | .00 | .00 |
| RNB-FIELDS3 | UNSECURED | .00 | NA | NA | .00 | .00 |
| RNB-FIELDS3 | UNSECURED | .00 | NA | NA | .00 | .00 |
| SANFORD KAHN | UNSECURED | .00 | NA | NA | .00 | .00 |
| SPRINGLEAF FINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| SPRINGLEAF FINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| LADUZINSKY & ASSOC | UNSECURED | .00 | NA | NA | .00 | .00 |
| TRAURIG GREENSBURG | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | UNSECURED | 2,947.07 | 2,947.07 | 2,947.07 | .00 | .00 |
| WINTRUST | UNSECURED | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 21.48 | 21.48 | .00 | .00 |
| NORTHBROOK BANK & TR | OTHER | .00 | NA | NA | .00 | .00 |
| ILBT INC | OTHER | .00 | NA | NA | .00 | .00 |
| CIRCUIT COURT OF COO | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO BURE | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| J&M NATURALS | UNSECURED | NA | NA | NA | .00 | .00 |
| YOUNG SONG LIU | UNSECURED | .00 | NA | NA | .00 | .00 |
| CORPORATION COUNSEL | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIRST CHICAGO BANK & | SECURED | .00 | .00 | .00 | .00 | .00 |
| NLO NELSON LAW OFFIC | PRIORITY | NA | .00 | 35.30 | 35.30 | .00 |
| NLO NELSON LAW OFFIC | PRIORITY | NA | .00 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 35,620.65 | 35.30 | .00 |
| **TOTAL PRIORITY:** | 35,620.65 | 35.30 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 60,274.36 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,604.70 |
| Disbursements to Creditors | $ | 35.30 |
| **TOTAL DISBURSEMENTS:** | $ | 2,640.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:    11/13/2012                    /s/ Tom Vaughn
                                        Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**