# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHRISTOPHER AMUNDSON | § | Case No. 12-31028 |
| JULIE AMUNDSON | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under chapter  of the United States Bankruptcy Code was filed on 08/03/2012 .  The case was converted to one under Chapter 7 on  10/29/2012 .  The undersigned trustee was appointed on  10/29/2012 .

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4.  The trustee realized gross receipts of      $      1,257,702.48

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 108,728.10 |
| Bank service fees | 885.80 |
| Other payments to creditors | 1,097,219.35 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 50,869.23 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  10/29/2013  and the deadline for filing governmental claims was  10/29/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 60,981.07 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 45,307.67 , for a total compensation of $ 45,307.67 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 233.60 , for total expenses of $ 233.60 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:  01/19/2016                    By:/s/Frances Gecker
                                                    Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 12-31028 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | Frances Gecker |
| Case Name: | CHRISTOPHER AMUNDSON | | | | Date Filed (f) or Converted (c): | 10/29/2012 (c) |
| | JULIE AMUNDSON | | | | 341(a) Meeting Date: | 11/30/2012 |
| For Period Ending: | 01/19/2016 | | | | Claims Bar Date: | 10/29/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  3414 WEST GLENLAKE; CHICAGO, IL 60659<br><br>Lots 20 and 21 | 318,000.00 | 0.00 | | 0.00 | FA |
| 2.  CASH ON SELF | 100.00 | 0.00 | | 0.00 | FA |
| 3.  BRIDGEVIEW BANK PERSONAL CHECKING XXXX0101 | 10.00 | 0.00 | | 0.00 | FA |
| 4.  3 BEDS, TABLE, CHAIRS, SOFA, TV, KITCHEN UTENSILS | 400.00 | 0.00 | | 0.00 | FA |
| 5.  NECESSARY WEARING APPAREL | 600.00 | 0.00 | | 0.00 | FA |
| 6.  WHITEEAGLE ENT, INC.  AN ILLINOIS CORPORATION.  RE | 0.00 | 0.00 | OA | 0.00 | FA |
| 7.  ILBT, INC. AND ILLINOIS CORPORATION HOLDS:  3035 W | 350,000.00 | 360,000.00 | | 360,000.00 | FA |
| 8.  THE AMUNDSON GROUP, INC.  AN ILLINOIS<br>CORPORATION | 0.00 | 0.00 | OA | 0.00 | FA |
| 9.  ACCROSS PULASKI, INC. AN ILLINOIS CORPORATION<br>REAL | 0.00 | 0.00 | OA | 0.00 | FA |
| 10.  LITTLE C, INC.  AN ILLINOIS CORPORATION.  REAL EST | 0.00 | 0.00 | | 860,000.00 | FA |
| 11.  ACCOUTING SOLUTIONS, LTD - AN ILLINOIS<br>CORPORATION | 0.00 | 0.00 | OA | 0.00 | FA |
| 12.  HADDON ST. PROPERTIES, INC - AN ILLINOIS<br>CORPORATI | 0.00 | 0.00 | OA | 0.00 | FA |
| 13.  FB KNIGHT - AN ILLINOIS CORPORATION REAL ESTATE<br>IN | 0.00 | 0.00 | OA | 0.00 | FA |
| 14.  2005 CADILLAC DEVILLE, 86,000 MILES.  POOR CONDITI | 4,600.00 | 0.00 | | 0.00 | FA |
| 15.  2005 JAGUAR S-TYPE 51,000 MILES.  VERY POOR<br>CONDIT | 7,700.00 | 2,900.00 | | 0.00 | FA |
| 16.  SETTLEMENT                    (u)<br><br>Little C, Inc. v. Bucktown Liquors, et al. 10 M1 710619 | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 17.  TURNOVER by George Krogul (u)<br><br>Order entered on 7/30/13 - George Krogul for unpaid rent. | 0.00 | 8,600.99 | | 1,700.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 12-31028 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | CHRISTOPHER AMUNDSON | | | | Date Filed (f) or Converted (c): | 10/29/2012 (c) |
| | JULIE AMUNDSON | | | | 341(a) Meeting Date: | 11/30/2012 |
| For Period Ending: | 01/19/2016 | | | | Claims Bar Date: | 10/29/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18.  OTHER MISCELLANEOUS PROPERTY (u)<br><br>Possible and unlikely personal interest in a $153,000 check issued to Across Pulaski, Inc. and Northbrook Bank and Trust for fire damage to a piece of RE owned by Across Pulaski. Actual copy of check presented to bankruptcy trustee.  Check is located in safe that debtor has possession and control of. | 153,000.00 | 153,000.00 | | 0.00 | FA |
| 19.  OTHER LIQUDATED DEBTS OWED                      (u)<br><br>Potential Claim against Metti & Ryan d/b/a Bucktown Liquors. | 100,000.00 | 97,110.00 | | 0.00 | FA |
| 20.  RENT COLLECTED<br><br>Rent collected from 3035 W. Montrose, Chicago and 2045 West North Ave., Chicago, IL | 0.00 | 21,002.48 | | 21,002.48 | FA |
| 21.  PERSONAL CHECKING AT BRIDGEVIEW BANK ACCOUNT (u) | 10.00 | 10.00 | | 0.00 | FA |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $934,420.00 | $657,623.47 | | $1,257,702.48 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN SUBMITTED TO THE UST FOR REVIEW.

Initial Projected Date of Final Report (TFR): 11/01/2013          Current Projected Date of Final Report (TFR): 09/20/2015

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 12-31028
Case Name: CHRISTOPHER AMUNDSON
JULIE AMUNDSON

Taxpayer ID No: XX-XXX8645
For Period Ending: 01/19/2016

Trustee Name: Frances Gecker
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1905
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7413 | Transfer of Funds | 9999-000 | $50,769.23 | | $50,769.23 |
| 08/28/15 | 17 | George E. Krogul<br>1518 N. Ashland<br>Chicago, IL  60622-2227 | Turnover Payment | 1249-000 | $100.00 | | $50,869.23 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $50,869.23 | $0.00 |
| Less: Bank Transfers/CD's | $50,769.23 | $0.00 |
| Subtotal | $100.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $100.00 | $0.00 |

Case 12-31028   Doc 112   Filed 01/22/16   Entered 01/22/16 10:07:29   Desc Main
Document   Page 6 of 24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: 12-31028 | Trustee Name: Frances Gecker |
| Case Name: CHRISTOPHER AMUNDSON | Bank Name: Congressional Bank |
| JULIE AMUNDSON | Account Number/CD#: XXXXXX9108 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX8645 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/19/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/20/12 | | ROCKFORD MUTUAL INSURANCE CO. 527 COLMAN CENTER DR.ROCKFORD, IL 61125-0626 | | 1129-000 | $153,568.78 | | $153,568.78 |
| 12/03/12 | | Reverses Deposit # 1 | Check was returned from Congressional. | 1129-000 | ($153,568.78) | | $0.00 |
| 07/15/13 | | CHICAGO TITLE & TRUST COMPANY 10 S. LaSalle Street Chicago, IL 60603 | Reversed Wrong Account No. - Trustee Switched Banks and has deposited the sale proceeds with BNY Mellon account. | | $11,000.00 | | $11,000.00 |
| | | | Gross Receipts $860,000.00 | | | | |
| | | | BROKER'S COMMISSION ($43,000.00) | 3510-000 | | | |
| | | | CLOSING COSTS ($7,506.00) | 2500-000 | | | |
| | | | WATER BIL ($1,195.00) | 2500-000 | | | |
| | | | Chicago Scaffolding, INc. ($2,000.00) | 4110-000 | | | |
| | | BANCO POPULAR NORTH AMERICA | FIRST MORTGAGE ($783,373.67) | 4110-000 | | | |
| | | | Real Estate Taxes ($8,116.69) | 2820-000 | | | |
| | | | SECURITY DEPOSIT ($2,600.00) | 2500-000 | | | |
| | | CITY OF CHICAGO DEPARTMENT OF LAW | SECURED LIEN ($858.64) | 4120-000 | | | |
| | | | Survey Fees ($350.00) | 2500-000 | | | |
| | 10 | | LITTLE C, INC. AN ILLINOIS CORPORATION. REAL EST $860,000.00 | 1129-000 | | | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 12-31028 | Trustee Name: Frances Gecker |
| Case Name: CHRISTOPHER AMUNDSON | Bank Name: Congressional Bank |
| JULIE AMUNDSON | Account Number/CD#: XXXXXX9108 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX8645 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/19/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/17/13 | | CHICAGO TITLE & TRUST COMPANY  10 S. LaSalle Street  Chicago, IL 60603 | Reversal  Wrong Account No. - Trustee Switched Banks and has deposited the sale proceeds with BNY Mellon account. | | ($11,000.00) | | $0.00 |
| | | | Gross Receipts ($860,000.00) | | | | |
| | | | BROKER'S COMMISSION $43,000.00 | 3510-000 | | | |
| | | | CLOSING COSTS $7,506.00 | 2500-000 | | | |
| | | | WATER BIL $1,195.00 | 2500-000 | | | |
| | | | Chicago Scaffolding, INc. $2,000.00 | 4110-000 | | | |
| | | BANCO POPULAR NORTH AMERICA | FIRST MORTGAGE $783,373.67 | 4110-000 | | | |
| | | | Real Estate Taxes $8,116.69 | 2820-000 | | | |
| | | | SECURITY DEPOSIT $2,600.00 | 2500-000 | | | |
| | | CITY OF CHICAGO DEPARTMENT OF LAW | SECURED LIEN $858.64 | 4120-000 | | | |
| | | | Survey Fees $350.00 | 2500-000 | | | |
| | 10 | | LITTLE C, INC. AN ILLINOIS CORPORATION. REAL EST ($860,000.00) | 1129-000 | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $0.00 | $0.00 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals: ($11,000.00) $0.00

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 12-31028
Case Name: CHRISTOPHER AMUNDSON
JULIE AMUNDSON

Taxpayer ID No: XX-XXX8645
For Period Ending: 01/19/2016

Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7413
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/17/13 | | CHICAGO TITLE & TRUST COMPANY 10 S. LASALLE STREETCHICAGO, IL 60603 | Sale of 2045 West North Ave. | | $11,000.00 | | $11,000.00 |
| | | | Gross Receipts $860,000.00 | | | | |
| | | CHICAGO REAL ESTATE RESOURCES | BROKER'S COMMISSION ($43,000.00) | 3510-000 | | | |
| | | Tax Prorations | TAX PRORATIONS ($8,116.69) | 2820-000 | | | |
| | | Perry Sabet - Water Bill Reimbursement | WATER BILL ($1,195.00) | 2500-000 | | | |
| | | Chicago Title and Trust Company - Closing Costs | CLOSING COSTS ($7,506.00) | 2500-000 | | | |
| | | Security Deposit | SECURITY DEPOSIT ($2,600.00) | 2500-000 | | | |
| | | BANCO POPULAR NORTH AMERICA BANCO POPULAR NORTH AMERICA | SECURED CREDITOR ($783,373.67) | 4110-000 | | | |
| | | CHICAGO SCAFFOLDING, INC. CHICAGO SCAFFOLDING, INC. | CHICAGO SCAFFOLDING, INC. ($2,000.00) | 4110-000 | | | |
| | | Studinicka & Associates | Survey Fees ($350.00) | 2500-000 | | | |
| | | CITY OF CHICAGO DEPARTMENT OF LAW CITY OF CHICAGO DEPARTMENT OF LAW | CITY OF CHICAGO ($858.64) DEPARTMENT OF LAW | 4120-000 | | | |
| | 10 | | LITTLE C, INC.  AN ILLINOIS $860,000.00 CORPORATION.  REAL EST | 1129-000 | | | |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $10,990.00 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $16.34 | $10,973.66 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $15.79 | $10,957.87 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $16.29 | $10,941.58 |

Page Subtotals:          $11,000.00          $58.42

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 12-31028

Case Name: CHRISTOPHER AMUNDSON

JULIE AMUNDSON

Taxpayer ID No: XX-XXX8645

For Period Ending: 01/19/2016

Trustee Name: Frances Gecker

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX7413

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $15.74 | $10,925.84 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $16.24 | $10,909.60 |
| 02/03/14 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $15.72 | $10,893.88 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $16.22 | $10,877.66 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $14.61 | $10,863.05 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $16.15 | $10,846.90 |
| 05/05/14 | 17 | GEORGE E. KROGUL 2045 W. North Ave., FL 2ndChicago, IL 60647-5413 | Rent Payments pursuant to Court Ord | 1249-000 | $200.00 | | $11,046.90 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $15.61 | $11,031.29 |
| 06/05/14 | 17 | GEORGE E. KROGUL 2045 W. North Ave., FL 2ndChicago, IL 60647-5413 | Rent Payments pursuant to Court Ord | 1249-000 | $200.00 | | $11,231.29 |
| 06/06/14 | 16 | LADUZINSKY & ASSOCIATES, PC IOLTA ACCOUNT216 S. JEFFERSON ST. STE 301CHICAGO, IL 60661 | SETTLEMENT AGREEMENT | 1249-000 | $15,000.00 | | $26,231.29 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $16.35 | $26,214.94 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $31.91 | $26,183.03 |
| 07/10/14 | 17 | GEORGE E. KROGUL 2045 W. North Ave., FL 2ndChicago, IL 60647-5413 | Rent Payments pursuant to Court Ord | 1249-000 | $200.00 | | $26,383.03 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $39.13 | $26,343.90 |
| 08/15/14 | 17 | GEORGE E. KROGUL 2045 W. North Ave., FL 2ndChicago, IL 60647-5413 | Rent Payments pursuant to Court Ord | 1249-000 | $200.00 | | $26,543.90 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Page Subtotals: $15,800.00 $197.68

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 12-31028 | Trustee Name: Frances Gecker | |
| Case Name: CHRISTOPHER AMUNDSON | Bank Name: The Bank of New York Mellon | |
| JULIE AMUNDSON | Account Number/CD#: XXXXXX7413 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX8645 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 01/19/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/28/14 | | CHICAGO TITLE AND TRUST COMPANY 5215 OLD ORCHARD #400SKOKIE, IL 60077 | Sale of 3035 W. Montrose | | $15,000.00 | | $41,543.90 |
| | | | Gross Receipts $360,000.00 | | | | |
| | | BANCO POPULAR BANCO POPULAR | SECURED CREDITOR ($310,987.04) | 4110-000 | | | |
| | | ERIC JANSSEN CHICAGO REAL ESTATE RESOURCES 932 W. GRACE CHICAGO, IL | BROKER'S COMMISSION ($4,200.00) | 3510-000 | | | |
| | | Dreamtown Realty | BROKER'S COMMISSION ($8,800.00) | 3510-000 | | | |
| | | Cook County Tax Collector | Tax Payment ($4,244.31) | 2820-000 | | | |
| | | Chicago Title and Trust Company | CLOSING COSTS ($5,308.00) | 2500-000 | | | |
| | | Earnest Money | EARNEST ($5,000.00) | 2500-000 | | | |
| | | Tax Prorations | Tax Payment ($6,152.67) | 2820-000 | | | |
| | | M.G.R. - Water Certification/Zoning | WATER BILL ($307.98) | 2500-000 | | | |
| | 7 | | ILBT, INC. AND ILLINOIS CORPORATION HOLDS: 3035 W $360,000.00 | 1129-000 | | | |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $41.46 | $41,502.44 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $59.71 | $41,442.73 |
| 10/22/14 | 17 | George Krogul 2045 W. North Ave. Chicago, IL 60647 | Turnover Payment | 1249-000 | $400.00 | | $41,842.73 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $61.79 | $41,780.94 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*     Page Subtotals:     $15,400.00     $162.96

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-31028 | Trustee Name: Frances Gecker |
| Case Name: CHRISTOPHER AMUNDSON | Bank Name: The Bank of New York Mellon |
| JULIE AMUNDSON | Account Number/CD#: XXXXXX7413 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX8645 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/19/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $60.11 | $41,720.83 |
| 12/17/14 | 20 | US Bank - Cashier's Check 4328 Lincoln Square Illinois | Turnover Payment Montrose Property | 1122-000 | $21,002.48 | | $62,723.31 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.11 | $62,648.20 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.14 | $62,555.06 |
| 02/10/15 | 10001 | ARTHUR B. LEVINE COMPANY Attn: Maria Sponza 60 East 42nd Street, Room 965 New York, NY 10165 | Bond No. 10BSBGR6291 | 2300-000 | | $35.73 | $62,519.33 |
| 02/27/15 | 17 | GEORGE E. KROGUL 2045 W. North Ave., FL 2ndChicago, IL 60647-5413 | Turnover Payment Pursuant to Turnover Order | 1249-000 | $200.00 | | $62,719.33 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.99 | $62,635.34 |
| 03/26/15 | 10002 | ILLINOIS DEPT. OF REVENUE P.O. Box 19053 Springfield, IL 62794-9053 | 2014 Form IL-1041; FEIN 46-6368645 | 2820-000 | | $3,008.00 | $59,627.34 |
| 03/26/15 | 10003 | DEPARTMENT OF THE TREASURY Internal Revenue Service Cincinnati, OH 45999-0148 | 1041 (2014) - FEIN: 46-6368645 | 2810-000 | | $8,888.00 | $50,739.34 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.11 | $50,646.23 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.00 | $50,569.23 |
| 06/08/15 | 17 | GEORGE E. KROGUL 2045 W. North Ave., FL 2ndChicago, IL 60647-5413 | Turnover Payment Pursuant to Turnover Order | 1249-000 | $200.00 | | $50,769.23 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*     Page Subtotals:     $21,402.48     $12,414.19

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-31028
Case Name: CHRISTOPHER AMUNDSON
JULIE AMUNDSON

Taxpayer ID No: XX-XXX8645
For Period Ending: 01/19/2016

Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7413
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer to Acct # xxxxxx1905 | Transfer of Funds | 9999-000 | | $50,769.23 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $63,602.48 | $63,602.48 |
| Less: Bank Transfers/CD's | $0.00 | $50,769.23 |
| Subtotal | $63,602.48 | $12,833.25 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $63,602.48 | $12,833.25 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Page Subtotals:                    $0.00        $50,769.23

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1905 - Checking | $100.00 | $0.00 | $50,869.23 |
| XXXXXX7413 - Checking Account (Non-Interest Earn | $63,602.48 | $12,833.25 | $0.00 |
| XXXXXX9108 - GENERAL CHECKING | $0.00 | $0.00 | $0.00 |
| | $63,702.48 | $12,833.25 | $50,869.23 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,194,000.00 |
| Total Net Deposits: | $63,702.48 |
| Total Gross Receipts: | $1,257,702.48 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-31028-JPC                                                                                    Date: January 19, 2016

Debtor Name: CHRISTOPHER AMUNDSON

Claims Bar Date: 10/29/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3410 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | | $0.00 | $5,195.89 | $5,195.89 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | | $0.00 | $32.07 | $32.07 |
| 200 3510 | CHICAGO REAL ESTATE RESOURCES | Administrative | | $0.00 | $43,000.00 | $43,000.00 |
| 200 3510 | Dreamtown Realty | Administrative | | $0.00 | $8,800.00 | $8,800.00 |
| 100 2100 | Frances Gecker 325 N. LaSalle Street Chicago, IL 60654 | Administrative | | $0.00 | $45,307.67 | $45,307.67 |
| 100 2200 | Frances Gecker 325 N. LaSalle Street Chicago, IL 60654 | Administrative | | $0.00 | $233.60 | $233.60 |
| BOND 999 2300 | INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Administrative | Extended Check Description Notes from conversion: BOND NO. 016026455 | $0.00 | $15.72 | $15.72 |
| 200 3510 | ERIC JANSSEN CHICAGO REAL ESTATE RESOURCES 932 W. GRACE CHICAGO, IL | Administrative | | $0.00 | $4,200.00 | $4,200.00 |
| 4 280 5800 | INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | Priority | | $0.00 | $40,362.53 | $40,362.53 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 14)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-31028-JPC                                                                                        Date: January 19, 2016
Debtor Name: CHRISTOPHER AMUNDSON
Claims Bar Date: 10/29/2013

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 26 280 5800 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 64338 CHICAGO, IL 60664 | Priority | | $0.00 | $23,958.60 | $23,958.60 |
| 400 4110 | BANCO POPULAR NORTH AMERICA BANCO POPULAR NORTH AMERICA | Secured | | $0.00 | $783,373.67 | $783,373.67 |
| 400 4110 | BANCO POPULAR BANCO POPULAR | Secured | | $0.00 | $310,987.04 | $310,987.04 |
| 11 400 4110 | NORTHBROOK BANK & TRUST COMPANY CHUHAK & TECSON, EILEEN M SETHNA 30 SOUTH WACKER DR SRE 2600 CHICAGO, IL 60606 | Secured | Second Mortgage Lien on 3414 W. Glenlake, Chicago, IL | $0.00 | $258,098.32 | $258,098.32 |
| 17 400 4110 | ARCHER BANK JAMES A. HASIER 161 N. CLARK - SUITE 550, CHICAGO, ILLINOIS 60601 | Secured | DISALLOWED - 1/14/17 | $0.00 | $103,016.60 | $0.00 |
| 18 400 4110 | NORTHBROOK BANK & TRUST COMPANY CHUHAK & TECSON, EILEEN M SETHNA 30 SOUTH WACKER DR SRE 2600 CHICAGO, IL 60606 | Secured | Mortgage on 3630-36 W. George, Chicago, IL 60618 | $0.00 | $135,000.00 | $135,000.00 |
| 19 400 4110 | NORTHBROOK BANK & TRUST COMPANY CHUHAK & TECSON, EILEEN M SETHNA 30 SOUTH WACKER DR SRE 2600 CHICAGO, IL 60606 | Secured | Mortgage on 1145 N. Arlington Heights Rd., Itasca, IL | $0.00 | $316,126.34 | $316,126.34 |
| 20 400 4110 | NORTHBROOK BANK & TRUST COMPANY CHUHAK & TECSON, EILEEN M SETHNA 30 SOUTH WACKER DR SRE 2600 CHICAGO, IL 60606 | Secured | Mortgage on 3462-64 N. Pulaski Rd., Chicago, IL | $0.00 | $250,000.00 | $250,000.00 |

UST Form 101-7-TFR (5/1/2011) (Page: 15)

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-31028-JPC

Debtor Name: CHRISTOPHER AMUNDSON

Claims Bar Date: 10/29/2013

Date: January 19, 2016

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 21 400 4110 | CITI MORTGAGE INC POB 6030 SIOUX FALLS, SD 57117-6030 | Secured | Mortgage for 3414 W. Glenlake, Chicago, IL 60659 | $0.00 | $320,136.13 | $320,136.13 |
| 1 300 7100 | CAVALRY PORTFOLIO SERVICES, LLC 500 SUMMIT LAKE DRIVE SUITE 400 VALHALLA, NY 10595 | Unsecured | | $0.00 | $526.20 | $526.20 |
| 2 300 7100 | CAVALRY PORTFOLIO SERVICES, LLC 500 SUMMIT LAKE DRIVE SUITE 400 VALHALLA, NY 10595 | Unsecured | | $0.00 | $852.72 | $852.72 |
| 3 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR MIDLAND FUNDING LLC PO BOX 268941 OKLAHOMA CITY, OK 73126-8941 | Unsecured | | $0.00 | $1,330.43 | $1,330.43 |
| 5 300 7100 | DEPARTMENT STORES NATIONAL BANK/MACY"S BANKRUPTCY PROCESSING PO BOX 8053 MASON, OH 45040 | Unsecured | | $0.00 | $1,287.75 | $1,287.75 |
| 6 300 7100 | CORRY FINANCIAL INC--JOHN PHILLIP KEOWN C/O CFS II INC 2488 E 81ST STREET, SUITE 500 TULSA, OKLAHOMA 74137-4214 | Unsecured | WITHDRAWN | $0.00 | $9,317.09 | $0.00 |
| 7 300 7100 | CITY OF CHICAGO DEPARTMENT OF REVENUE C/O ARNOLD SCOTT HARRIS PC 222 MERCHANDISE MART PLAZA STE.1932 CHICAGO, IL 60654 | Unsecured | | $0.00 | $300.00 | $300.00 |
| 8 300 7100 | CAPITAL ONE BANK (USA) N.A. CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $4,591.93 | $4,591.93 |

Printed: January 19, 2016

**UST Form 101-7-TFR (5/1/2011)** *(Page: 16)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-31028-JPC                                                                    Date: January 19, 2016

Debtor Name: CHRISTOPHER AMUNDSON

Claims Bar Date: 10/29/2013

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9<br>300<br>7100 | CAPITAL ONE BANK (USA)<br>N.A.<br>CAPITAL ONE BANK (USA),<br>N.A. BY<br>AMERICAN INFOSOURCE LP<br>AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $5,496.91 | $5,496.91 |
| 10<br>300<br>7100 | BACK BOWL I LLC, SERIES C<br>C O WEINSTEIN AND RILEY,<br>PS<br>2001 WESTERN AVENUE, STE<br>400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $12,262.21 | $12,262.21 |
| 12<br>300<br>7100 | LINDIA, LLC<br>C/O WEINSTEIN AND RILEY,<br>PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Unsecured | | $0.00 | $2,337.61 | $2,337.61 |
| 13<br>300<br>7100 | FIA CARD SERVICES<br>FIA CARD SERVICES, N.A.<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | Unsecured | | $0.00 | $12,514.30 | $12,514.30 |
| 14<br>300<br>7100 | FIA CARD SERVICES<br>FIA CARD SERVICES, N.A.<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | Unsecured | | $0.00 | $1,511.91 | $1,511.91 |
| 15<br>300<br>7100 | PORTFOLIO INVESTMENTS II<br>LLC<br>C/O RECOVERY<br>MANAGEMENT SYSTEMS<br>CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | Unsecured | | $0.00 | $4,976.75 | $4,976.75 |
| 16<br>300<br>7100 | QUANTUM3 GROUP LLC AS<br>AGENT FOR<br>SECOND ROUND LP<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Unsecured | | $0.00 | $2,947.07 | $2,947.07 |
| 17U<br>300<br>7100 | ARCHER BANK<br>JAMES A. HASIER<br>161 N. CLARK - SUITE 550,<br>CHICAGO, ILLINOIS 60601 | Unsecured | DISALLOWED - 1/14/17 | $0.00 | $581,252.53 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 17)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-31028-JPC
Debtor Name: CHRISTOPHER AMUNDSON
Claims Bar Date: 10/29/2013

Date: January 19, 2016

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 18U 300 7100 | NORTHBROOK BANK & TRUST COMPANY CHUHAK & TECSON, EILEEN M SETHNA 30 SOUTH WACKER DR SRE 2600 CHICAGO, IL 60606 | Unsecured | Unsecured Portion of Claim | $0.00 | $69,878.09 | $69,878.09 |
| 20U 300 7100 | NORTHBROOK BANK & TRUST COMPANY CHUHAK & TECSON, EILEEN M SETHNA 30 SOUTH WACKER DR SRE 2600 CHICAGO, IL 60606 | Unsecured | Unsecured Portion of Claim | $0.00 | $275,968.70 | $275,968.70 |
| 22 300 7100 | DONALD LEE JOHNSON PC DONALD LEE JOHNSON, P.C. 33 N DEARBORN ST STE 1401 CHICAGO, IL 60602-3874 | Unsecured | | $0.00 | $68,547.50 | $68,547.50 |
| 23 300 7100 | CITIBANK N.A. CITIBANK, N.A. 701 EAST 60TH STREET NORTH SIOUX FALLS, SD 57117 | Unsecured | | $0.00 | $6,228.94 | $6,228.94 |
| 24 300 7100 | INSOLVE RECOVERY, LLC, C/O CAPITAL RECOVERY GROUP, DEPT 3203 PO BOX 123203 DALLAS, TX 75312-3203 | Unsecured | | $0.00 | $2,095.89 | $2,095.89 |
| 25 300 7100 | INSOLVE RECOVERY, LLC, C/O CAPITAL RECOVERY GROUP, DEPT 3203 PO BOX 123203 DALLAS, TX 75312-3203 | Unsecured | | $0.00 | $443.74 | $443.74 |
| 26U 300 7100 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 64338 CHICAGO, IL 60664 | Unsecured | Interest | $0.00 | $644.42 | $644.42 |
| 27 300 7100 | CFS II INC 2488 E 81ST STREET, SUITE 500 TULSA, OKLAHOMA 74137-4214 | Unsecured | | $0.00 | $9,317.09 | $9,317.09 |

Printed: January 19, 2016

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-31028-JPC                                                                Date: January 19, 2016
Debtor Name: CHRISTOPHER AMUNDSON
Claims Bar Date: 10/29/2013

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 28<br>300<br>7100 | DEUTCH LEVY ENGEL<br>225 WEST WASHINGTON<br>SUITE 1700<br>CHICAGO, IL 60602 | Unsecured | | $0.00 | $28,012.27 | $28,012.27 |
| 29<br>300<br>7100 | PORTFOLIO RECOVERY<br>ASSOCIATES, LLC<br>SUCCESSOR TO SQUARETWO<br>FINANCIAL<br>PO BOX 41067<br>NORFOLK, VA 23541 | Unsecured | | $0.00 | $708.64 | $708.64 |
| 30<br>300<br>7100 | BRIDGEVIEW BANK GROUP<br>4753 N BROADWAY ST<br>CHICAGO, IL 60640 | Unsecured | | $0.00 | $4,771.62 | $4,771.62 |
| 31<br>300<br>7100 | BRIDGEVIEW BANK GROUP<br>4753 N BROADWAY ST<br>CHICAGO, IL 60640 | Unsecured | | $0.00 | $4,919.77 | $4,919.77 |
| | Case Totals | | | $0.00 | $3,760,886.26 | $3,067,300.04 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-31028
Case Name: CHRISTOPHER AMUNDSON
        JULIE AMUNDSON
Trustee Name: Frances Gecker

Balance on hand            $      50,869.23

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | BANCO POPULAR NORTH AMERICA | $ 783,373.67 | $ 783,373.67 | $ 783,373.67 | $ 0.00 |
| | BANCO POPULAR | $ 310,987.04 | $ 310,987.04 | $ 310,987.04 | $ 0.00 |
| 11 | NORTHBROOK BANK & TRUST COMPANY | $ 258,098.32 | $ 258,098.32 | $ 0.00 | $ 0.00 |
| 17 | ARCHER BANK | $ 103,016.60 | $ 0.00 | $ 0.00 | $ 0.00 |
| 18 | NORTHBROOK BANK & TRUST COMPANY | $ 135,000.00 | $ 135,000.00 | $ 0.00 | $ 0.00 |
| 19 | NORTHBROOK BANK & TRUST COMPANY | $ 316,126.34 | $ 316,126.34 | $ 0.00 | $ 0.00 |
| 20 | NORTHBROOK BANK & TRUST COMPANY | $ 250,000.00 | $ 250,000.00 | $ 0.00 | $ 0.00 |
| 21 | CITI MORTGAGE INC | $ 320,136.13 | $ 320,136.13 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors      $_____ 0.00

Remaining Balance            $_____ 50,869.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 45,307.67 | $ 0.00 | $ 45,307.67 |
| Trustee Expenses: Frances Gecker | $ 233.60 | $ 0.00 | $ 233.60 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 5,195.89 | $ 0.00 | $ 5,195.89 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 32.07 | $ 0.00 | $ 32.07 |
| Other: CHICAGO REAL ESTATE RESOURCES | $ 43,000.00 | $ 43,000.00 | $ 0.00 |
| Other: Dreamtown Realty | $ 8,800.00 | $ 8,800.00 | $ 0.00 |
| Other: ERIC JANSSEN | $ 4,200.00 | $ 4,200.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES LTD. | $ 15.72 | $ 15.72 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $_____ 50,769.23

Remaining Balance          $_____ 100.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 64,321.13  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | INTERNAL REVENUE SERVICE | $ 40,362.53 | $ 0.00 | $ 62.75 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 26 | ILLINOIS DEPARTMENT OF REVENUE | $ 23,958.60 | $ 0.00 | $ 37.25 |

Total to be paid to priority creditors          $_____ 100.00

Remaining Balance                                        $_____ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 522,472.46  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAVALRY PORTFOLIO SERVICES, LLC | $ 526.20 | $ 0.00 | $ 0.00 |
| 2 | CAVALRY PORTFOLIO SERVICES, LLC | $ 852.72 | $ 0.00 | $ 0.00 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 1,330.43 | $ 0.00 | $ 0.00 |
| 5 | DEPARTMENT STORES NATIONAL BANK/MACY"S | $ 1,287.75 | $ 0.00 | $ 0.00 |
| 6 | CORRY FINANCIAL INC--JOHN PHILLIP KEOWN | $ 0.00 | $ 0.00 | $ 0.00 |
| 7 | CITY OF CHICAGO DEPARTMENT OF REVENUE | $ 300.00 | $ 0.00 | $ 0.00 |
| 8 | CAPITAL ONE BANK (USA) N.A. | $ 4,591.93 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | CAPITAL ONE BANK (USA) N.A. | $ 5,496.91 | $ 0.00 | $ 0.00 |
| 10 | BACK BOWL I LLC, SERIES C | $ 12,262.21 | $ 0.00 | $ 0.00 |
| 12 | LINDIA, LLC | $ 2,337.61 | $ 0.00 | $ 0.00 |
| 13 | FIA CARD SERVICES | $ 12,514.30 | $ 0.00 | $ 0.00 |
| 14 | FIA CARD SERVICES | $ 1,511.91 | $ 0.00 | $ 0.00 |
| 15 | PORTFOLIO INVESTMENTS II LLC | $ 4,976.75 | $ 0.00 | $ 0.00 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 2,947.07 | $ 0.00 | $ 0.00 |
| 17U | ARCHER BANK | $ 0.00 | $ 0.00 | $ 0.00 |
| 18U | NORTHBROOK BANK & TRUST COMPANY | $ 69,878.09 | $ 0.00 | $ 0.00 |
| 20U | NORTHBROOK BANK & TRUST COMPANY | $ 275,968.70 | $ 0.00 | $ 0.00 |
| 22 | DONALD LEE JOHNSON PC | $ 68,547.50 | $ 0.00 | $ 0.00 |
| 23 | CITIBANK N.A. | $ 6,228.94 | $ 0.00 | $ 0.00 |
| 24 | INSOLVE RECOVERY, LLC, C/O CAPITAL RECOVERY GROUP, | $ 2,095.89 | $ 0.00 | $ 0.00 |
| 25 | INSOLVE RECOVERY, LLC, C/O CAPITAL RECOVERY GROUP, | $ 443.74 | $ 0.00 | $ 0.00 |
| 26U | ILLINOIS DEPARTMENT OF REVENUE | $ 644.42 | $ 0.00 | $ 0.00 |
| 27 | CFS II INC | $ 9,317.09 | $ 0.00 | $ 0.00 |
| 28 | DEUTCH LEVY ENGEL | $ 28,012.27 | $ 0.00 | $ 0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 708.64 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 30 | BRIDGEVIEW BANK GROUP | $ 4,771.62 | $ 0.00 | $ 0.00 |
| 31 | BRIDGEVIEW BANK GROUP | $ 4,919.77 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $_____ 0.00

Remaining Balance      $_____ 0.00

 

 

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

 

 

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE