# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-31028 |
| | ) | |
| CHRISTOPHER AMUNDSON and | ) | Chapter 7 |
| JULIE AMUNDSON, | ) | |
| | ) | Honorable Jacqueline P. Cox |
| Debtors. | ) | |
| | ) | **Hearing Date:  February 23, 2016** |
| | ) | **Hearing Time:  9:30 a.m.** |
| | ) | **Room No.:      680** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on **February 23, 2016**, at **9:30 a.m.**, we shall appear before the Honorable Jacqueline P. Cox, or such other judge as may be sitting in her stead, in Courtroom 680 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Trustee's Application for Compensation and Expenses.**

Dated:  January 22, 2016

                                            Respectfully submitted,

                                            By:   /s/ *Frances Gecker*
                                                  Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

{AMUNDSON/001/00043425.DOC/}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| AMUNDSON, CHRISTOPHER | ) | CASE NO. 12-31028-JPC |
| AMUNDSON, JULIE | ) | |
| Debtor(s). | ) | Hon. Jacqueline P. Cox |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

TO:   THE HONORABLE Jacqueline P. Cox

NOW COMES Frances Gecker, Trustee herein, pursuant to 11 U.S.C. §330, and requests $45,307.67 as compensation and $233.60 for reimbursement of expenses, $0.00 amount of which has previously been paid.

**I. COMPUTATION OF COMPENSATION**

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $1,257,602.48. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $39,557.67 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $45,307.67[1] | |

---

[1] The Trustee is allowed compensation in the amount of $60,978.07, but has reduced that amount in order to pay her professionals.

{AMUNDSON/001/00043425.DOC/}

## II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Certified Copy | $10.00 |
| Certificate of Good Standing | $47.60 |
| Court Filing Fee | $176.00 |
| | |
| TOTAL EXPENSES | $233.60 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:  January 22, 2016           By: /s/ Frances Gecker
                                        Frances Gecker, Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)