UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                              §
                                    §
CHRISTOPHER AMUNDSON                §   Case No. 12-31028
JULIE AMUNDSON                      §
                                    §
         Debtors                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/23/2016 in Courtroom 680 (Judge Cox),

EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
219 S. DEARBORN STREET
CHICAGO, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/22/2016　　　　　　　　　By: /s/  Frances Gecker
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee


*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CHRISTOPHER AMUNDSON § Case No. 12-31028
JULIE AMUNDSON §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 1,257,702.48 |
| and approved disbursements of | $ | 1,206,833.25 |
| leaving a balance on hand of[1] | $ | 50,869.23 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | BANCO POPULAR NORTH AMERICA | $ 783,373.67 | $ 783,373.67 | $ 783,373.67 | $ 0.00 |
| | BANCO POPULAR | $ 310,987.04 | $ 310,987.04 | $ 310,987.04 | $ 0.00 |
| 11 | NORTHBROOK BANK & TRUST COMPANY | $ 258,098.32 | $ 258,098.32 | $ 0.00 | $ 0.00 |
| 17 | ARCHER BANK | $ 103,016.60 | $ 0.00 | $ 0.00 | $ 0.00 |
| 18 | NORTHBROOK BANK & TRUST COMPANY | $ 135,000.00 | $ 135,000.00 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 19 | NORTHBROOK BANK & TRUST COMPANY | $ 316,126.34 | $ 316,126.34 | $ 0.00 | $ 0.00 |
| 20 | NORTHBROOK BANK & TRUST COMPANY | $ 250,000.00 | $ 250,000.00 | $ 0.00 | $ 0.00 |
| 21 | CITI MORTGAGE INC | $ 320,136.13 | $ 320,136.13 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors            $            0.00

Remaining Balance                                $       50,869.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 60,981.07 | $ 0.00 | $ 45,307.67 |
| Trustee Expenses: Frances Gecker | $ 233.60 | $ 0.00 | $ 233.60 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 5,195.89 | $ 0.00 | $ 5,195.89 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 32.07 | $ 0.00 | $ 32.07 |
| Other: CHICAGO REAL ESTATE RESOURCES | $ 43,000.00 | $ 43,000.00 | $ 0.00 |
| Other: Dreamtown Realty | $ 8,800.00 | $ 8,800.00 | $ 0.00 |
| Other: ERIC JANSSEN | $ 4,200.00 | $ 4,200.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES LTD. | $ 15.72 | $ 15.72 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $       50,769.23

Remaining Balance                                            $          100.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 64,321.13 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | INTERNAL REVENUE SERVICE | $ 40,362.53 | $ 0.00 | $ 62.75 |
| 26 | ILLINOIS DEPARTMENT OF REVENUE | $ 23,958.60 | $ 0.00 | $ 37.25 |
| | Total to be paid to priority creditors | | $ | 100.00 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 522,472.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAVALRY PORTFOLIO SERVICES, LLC | $ 526.20 | $ 0.00 | $ 0.00 |
| 2 | CAVALRY PORTFOLIO SERVICES, LLC | $ 852.72 | $ 0.00 | $ 0.00 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 1,330.43 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | DEPARTMENT STORES NATIONAL BANK/MACY"S | $ 1,287.75 | $ 0.00 | $ 0.00 |
| 6 | CORRY FINANCIAL INC--JOHN PHILLIP KEOWN | $ 0.00 | $ 0.00 | $ 0.00 |
| 7 | CITY OF CHICAGO DEPARTMENT OF REVENUE | $ 300.00 | $ 0.00 | $ 0.00 |
| 8 | CAPITAL ONE BANK (USA) N.A. | $ 4,591.93 | $ 0.00 | $ 0.00 |
| 9 | CAPITAL ONE BANK (USA) N.A. | $ 5,496.91 | $ 0.00 | $ 0.00 |
| 10 | BACK BOWL I LLC, SERIES C | $ 12,262.21 | $ 0.00 | $ 0.00 |
| 12 | LINDIA, LLC | $ 2,337.61 | $ 0.00 | $ 0.00 |
| 13 | FIA CARD SERVICES | $ 12,514.30 | $ 0.00 | $ 0.00 |
| 14 | FIA CARD SERVICES | $ 1,511.91 | $ 0.00 | $ 0.00 |
| 15 | PORTFOLIO INVESTMENTS II LLC | $ 4,976.75 | $ 0.00 | $ 0.00 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 2,947.07 | $ 0.00 | $ 0.00 |
| 17U | ARCHER BANK | $ 0.00 | $ 0.00 | $ 0.00 |
| 18U | NORTHBROOK BANK & TRUST COMPANY | $ 69,878.09 | $ 0.00 | $ 0.00 |
| 20U | NORTHBROOK BANK & TRUST COMPANY | $ 275,968.70 | $ 0.00 | $ 0.00 |
| 22 | DONALD LEE JOHNSON PC | $ 68,547.50 | $ 0.00 | $ 0.00 |
| 23 | CITIBANK N.A. | $ 6,228.94 | $ 0.00 | $ 0.00 |
| 24 | INSOLVE RECOVERY, LLC, C/O CAPITAL RECOVERY GROUP, | $ 2,095.89 | $ 0.00 | $ 0.00 |
| 25 | INSOLVE RECOVERY, LLC, C/O CAPITAL RECOVERY GROUP, | $ 443.74 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 26U | ILLINOIS DEPARTMENT OF REVENUE | $ 644.42 | $ 0.00 | $ 0.00 |
| 27 | CFS II INC | $ 9,317.09 | $ 0.00 | $ 0.00 |
| 28 | DEUTCH LEVY ENGEL | $ 28,012.27 | $ 0.00 | $ 0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 708.64 | $ 0.00 | $ 0.00 |
| 30 | BRIDGEVIEW BANK GROUP | $ 4,771.62 | $ 0.00 | $ 0.00 |
| 31 | BRIDGEVIEW BANK GROUP | $ 4,919.77 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $               0.00

Remaining Balance     $               0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*


**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-31028-JPC
Christopher Amundson                                                      Chapter 7
Julie Amundson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1              User: nmolina              Page 1 of 7              Date Rcvd: Jan 25, 2016
                                  Form ID: pdf006            Total Noticed: 132

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2016.
```
db/jdb        +Christopher Amundson,   Julie Amundson,   3414 West Glenlake,   Chicago, IL 60659-3420
19278621      +1stchas,   4343 N Elston,   Chicago, IL 60641-2145
19278629       ARS National Services Inc,   PO Box 463023,   Escondido, CA 92046-3023
19278622      +Abn Amro Mortgage Grou,   Po Box 9438,   Gaithersburg, MD 20898-9438
19278624      +Allied Interstate,   3000 Corporate Exchange Drive,   Fifth Floor,   Columbus, OH 43231-7684
19278625      +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
19278628      +Archer Bank,   4970 S Archer,   Chicago, IL 60632-3623
19278626       Archer Bank,   4970 South Archer Avenue,   Chicago, IL 60632-3623
19550329      +Archer Bank,   James A. Hasier,   161 N. Clark - Suite 550,,   Chicago, Illinois 60601-3376
19278630      +Asset Management Professionals LLC,   PO Box 2824,   Woodstock, GA 30188-1386
19278633     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
19278632      +Banco Popular,   Bankruptcy Department,   9600 W. Bryn Mawr,   Des Plaines, IL 60018-5221
19433700      +Bank of America,   NC4 105-03-14,   POB 26012,   Greensboro, NC 27420-6012
19278635      +Barclays Bank,   PO Box 8802,   Wilmington, DE 19899-8802
19278636      +Barclays Bank Delaware,   125 S West St,   Wilmington, DE 19801-5014
19278637      +Berton N Ring,   123 W MADISON,   #1500,   Chicago, IL 60602-4612
19278638      +Blatt, Hasenmiller, Leibsker & Moor,   125 S. Wacker Dr.,   Suite 400,   Chicago, IL 60606-4440
19278641      +Bucktown Liquors Inc,   2422 W Fullerton Ave,   Chicago IL 60647-3155
19278643     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
19278657     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citibank South Dakota NA,   4740 121st Street,
                Urbandale, IA 50323)
19401518       Capital One Bank (USA), N.A. BY,   American InfoSource LP as agent,   PO Box 71083,
                Charlotte, NC  28272-1083
19278649      +Cba/Equity One,   301 Lippincott Dr,   Marlton, NJ 08053-4197
19278652      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
19278654      +Chase Manhattan Mtge,   3415 Vision Dr,   Columbus, OH 43219-6009
19278655      +Chuhak & Tecson, P.C.,   30 S. Wacker Drive,   Suite 2600,   Chicago, IL 60606-7512
19278656      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
19641937       Citi Mortgage Inc,   POB 6030,   Sioux Falls, SD 57117-6030
19433734       Citi Mortgage Inc,   POB 660065,   Dallas TX 75266-0065
19278658      +CitiBank,N.A,   701 East 60th Street,   North,   Sioux Falls, SD 57104-0432
19278659      +Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
19550358       Citimortgage Inc,   PO Box 660065,   Dallas, TX 75266-0065
19550360      +City of Chicago BR Notice,   c/o: Arnold Scott Harris,   222 Merchandise Mart; Suite 1932,
                Chicago, IL 60654-1420
19354592      +City of Chicago Department of Revenue,   c/o Arnold Scott Harris PC,
                222 Merchandise Mart Plaza Ste.1932,   Chicago, IL 60654-1420
19278661      +City of Chicago Dept of Revenue,   121 North LaSalle Street,   Chicago, IL 60602-1288
19278662      +Corporation Counsel,   30 N LaSalle,   Suite 800,   Chicago, IL 60602-3542
19321998      +Department Stores National Bank/Macy's,   Bankruptcy Processing,   Po Box 8053,
                Mason, OH 45040-8053
19278665      +Deutch Levy Engel,   225 West Washington,   Suite 1700,   Chicago, IL 60606-3482
19278666      +Devience Alexander Jr,   630 Sylviawood,   Park Ridge, IL 60068-2246
19278668       Donald Lee Johnson, P.C.,   33 N Dearborn St Ste 1401,   Chicago, IL 60602-3874
19278669      +Engelman & Smith,   1603 Orrington Ave,   Evanston, IL 60201-3872
19421548       FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
19278672      +FIA Card Services as Successor,   Bank of America,   1000 Samoset Drive; DE5-023-03-03,
                Newark, DE 19713-6000
19278673       First Chicago Bank,   Chicago, IL
19278674      +First Chicago Bank&Tru,   4343 N Elston Ave,   Chicago, IL 60641-2145
19278675     #+First Financial Asset Management,   PO Box 56245,   Atlanta, GA 30343-0245
19278676      +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
19278677      +First Source Advantage LLC,   205 Bryant Woods South,   Buffalo, NY 14228-3609
19278678     #+Frederick J. Hanna & Associates, PC,   1427 Roswell Road,   Marietta, GA 30062-3668
19278679      +Freedman, Anselmo, Lindberg & Rappe,   P.O. Box 3228,   Naperville, IL 60566-3228
19278680      +Freedman, Anselmo, Lindberg, Rappe,,   1807 W Diehl Rd, Ste. 333,   P.O. Box 3107,
                Naperville, IL 60566-7107
19278681       George Arthur Hesik,   821 Garfield Street,   Oak Park, IL 60304-1902
19278682      +George Panagoulias Law Office,   1300 JEFFERSON,   Suite #303,   Des Plaines, IL 60016-7127
19278683      +Goldman & Grant,   205 West Randoph,   Suite #1100,   Chicago, IL 60606-1813
19278684      +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
19278685      +Hsbc Nv,   Po Box 5253,   Carol Stream, IL 60197-5253
19278686      +Hsbc/Carsn,   Po Box 15521,   Wilmington, DE 19850-5521
19550387      +ILBT, Inc.,   3035 West Montrose,   Chicago, IL 60618-1330
19550390      +J & M Naturals,   240 West 31st Street,   1st Floor,   Chicago, IL 60616-4952
19433744      +J Wellington,   2045 W N Ave,   Chicago, IL 60647-5413
19278691      +Kerry M. Lavelle,   Lavelle Legal Services,   208 S LASALLE #1200,   Chicago, IL 60604-1032
19278692      +Labe Bank,   4343 N Elston Ave,   Chicago, IL 60641-2145
19278693      +Labe Bank/Fhlmc,   4343 N Elston Ave,   Chicago, IL 60641-2145
19278694      +Lasalle National N A,   3985 N Milwaukee Ave,   Chicago, IL 60641-2704
```

```
District/off: 0752-1           User: nmolina              Page 2 of 7                   Date Rcvd: Jan 25, 2016
                               Form ID: pdf006            Total Noticed: 132


19278695       +Lawrence Seiwert,    33 N LaSalle St.,    Suite 2200,    Chicago, IL 60602-2616
19278696       +Leo G. Aubel,    225 W. Washington Street,    Suite #1700,    Chicago, IL 60606-3404
19278700       +MANDEL LIPTON & STEVENSON,    120 N LASALLE ST STE,    Chicago, IL 60602-3498
19278699       +Macy’s,    Bankruptcy Department,    P.O. Box 8053,    Mason, OH 45040-8053
19278701        Martin & Karcazes, Ltd.,    161 North Clark Street,    Suite 550,    Chicago, IL 60601-3376
19278703       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
19433743       +Metti Rayyan Enterprises,    2045 W North Ave,    1st Floor,    Chicago, IL 60647-5413
19278711       +NCB Management Services, Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
19278714       +NCO Financial Systems, Inc.,    P.O. Box 4275,    Norcross, GA 30091-4275
19278709      #+Nationwide Credit, Inc,    2002 Summit Blvd,    Suite 600,    Atlanta, GA 30319-1559
19278708        Nationwide Credit, Inc,    3600 E University Dr,    Suite B1350,    Phoenix, AZ 85034-7296
19278710       +Nbgl-Carsons,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
19278718        NorthStart Location Services LLC,    4285 Genesee Street,    Buffalo, NY 14225-1943
19278715       +Northbrook Bank & Trus,    1100 Waukegan Rd,    Northbrook, IL 60062-4663
19411916     +++Northbrook Bank & Trust Company,    Chuhak & Tecson, Eileen M Sethna,
                 30 South Wacker Dr Sre 2600,    Chicago, IL 60606-7413
19278716       +Northland Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
19278717        Northstar Location Services LLC,    ATTN: Financial Services Dept,    4285 Genesee Street,
                 Buffalo, NY 14225-1943
19278719        Orchard Bank,    c/o: Bankcard Services,    P.O. Box 17051,    Baltimore, MD 21297-1051
19278723       +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
19278725       +SCHIFF HARDIN LLP,    233 S WACKER DR6600,    Chicago, IL 60606-6307
19278724       +Sanford Kahn, Ltd.,    180 N. LaSalle #2025,    Chicago, IL 60601-2612
19278727       +Second Round LP,    PO Box 41955,    Austin, TX 78704-0033
19278730        Steven Laduzinsky,    Laduzinsky & Assoc, P.C.,    216 S Jefferson St Stre 301,
                 Chicago, IL 60661-5743
19278731        Sunrise Credit Services,    PO Box 9100,    Farmingdale, NY 11735-9100
19278732       +Traurig Greenburg,    77 West Wacker,    Suite 2500,    Chicago, IL 60601-1643
19278733      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   U S Bank,    101 5th St E Ste A,    Saint Paul, MN 55101)
19433740       +White Eagle Enterprises Inc,    2020 N California Ave,    Chicago, IL 60647-6319
19278737       +Wintrust,    1333 N. Kingsbury,    Unit #201,    Chicago, IL 60642-2642
19550429       +Wintrust Mortgage,    Attn: Bankruptcy,    9700 W. Higgins Rd; Suite 300,
                 Des Plaines, IL 60018-4738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19278623       +E-mail/Text: www@arthuradler.com Jan 26 2016 01:21:27      Adler Arthur B. & Assoc,
                 25 East Washinton #500,    Chicago, IL 60602-1703
19300234        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 26 2016 01:27:43
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK   73126-8941
19403669       +E-mail/Text: bncmail@w-legal.com Jan 26 2016 01:21:25      BACK BOWL I LLC, SERIES C,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
19550333       +E-mail/Text: bncmail@w-legal.com Jan 26 2016 01:21:25      Back Bowl I LLC,
                 c/o: Weinstein & Riley, PS,    2001 Western Av Ste 400,    Seattle, WA 98121-3132
19278639       +E-mail/Text: mmeyers@blittandgaines.com Jan 26 2016 01:22:48      Blitt & Gaines,
                 661 Glenn Avenue,    Wheeling, IL 60090-6017
19278640       +E-mail/Text: kevin.ameriks@bridgeviewbank.com Jan 26 2016 01:20:37      Bridgeview Bank Group,
                 4753 N Broadway St,    Chicago, IL 60640-5266
19278650       +E-mail/Text: bankruptcynotices@cbecompanies.com Jan 26 2016 01:21:46      CBE Group,
                 1309 Technology Parkway,    Cedar Falls, IA 50613-6976
20842424        E-mail/Text: bankruptcynotices@cfstwo.com Jan 26 2016 01:21:46      CFS II Inc,
                 2488 E 81st Street, Suite 500,    Tulsa, Oklahoma   74137-4214
19278642       +E-mail/Text: ebn@squaretwofinancial.com Jan 26 2016 01:22:00      Cach Llc,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3581
19278644       +E-mail/Text: cms-bk@cms-collect.com Jan 26 2016 01:20:24      Capital Management Services LP,
                 726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
19278647       +E-mail/Text: bankruptcy@cavps.com Jan 26 2016 01:21:39      Cavalry Portfolio Serv,
                 7 Skyline Dr Ste 3,    Hawthorne, NY 10532-2162
19278648       +E-mail/Text: bankruptcy@cavps.com Jan 26 2016 01:21:39      Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2322
19278651       +E-mail/Text: bankruptcynotices@cfstwo.com Jan 26 2016 01:21:46      Cfs Ii Inc,
                 2448 E 81st St Ste 500,    Tulsa, OK 74137-4250
19278653       +E-mail/Text: bk.notifications@jpmchase.com Jan 26 2016 01:20:29      Chase,    Po Box 901076,
                 Ft Worth, TX 76101-2076
19323280        E-mail/Text: bankruptcynotices@cfstwo.com Jan 26 2016 01:21:46
                 Corry Financial Inc--John Phillip Keown,    c/o CFS II Inc,    2488 E 81st Street, Suite 500,
                 Tulsa, Oklahoma   74137-4214
19278663       +E-mail/Text: creditonebknotifications@resurgent.com Jan 26 2016 01:19:47      Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
19278667       +E-mail/Text: dnelson@devonbank.com Jan 26 2016 01:19:35      Devon Bank,    6445 N Western Ave,
                 Chicago, IL 60645-5494
19278671        E-mail/PDF: rmscedi@recoverycorp.com Jan 26 2016 01:27:14      Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Cor,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
19278687       +E-mail/Text: bankruptcy@icsystem.com Jan 26 2016 01:22:13      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
19278688       +E-mail/Text: rev.bankruptcy@illinois.gov Jan 26 2016 01:21:03
                 Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
```

```
District/off: 0752-1          User: nmolina              Page 3 of 7                  Date Rcvd: Jan 25, 2016
                              Form ID: pdf006            Total Noticed: 132


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
19709934         E-mail/Text: bknotice@crgofusa.com Jan 26 2016 01:22:03
                  InSolve Recovery, LLC, c/o Capital Recovery Group,,   Dept 3203,   PO BOX 123203,
                  DALLAS, TX 75312-3203
19278689         E-mail/Text: cio.bncmail@irs.gov Jan 26 2016 01:20:11     Internal Revenue Service,
                  P.O. Box 7346,   Philadelphia, PA 19101-7346
19415455        +E-mail/Text: bncmail@w-legal.com Jan 26 2016 01:21:25     LINDIA, LLC,
                  C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
19278697        +E-mail/Text: ebn@ltdfin.com Jan 26 2016 01:20:25     LTD Financial Serives, L.P.,
                  7322 Southwest Freeway,   Suite 1600,   Houston, TX 77074-2134
19278698        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 26 2016 01:26:46     Lvnv Funding Llc,
                  Po Box 740281,   Houston, TX 77274-0281
19278702        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 26 2016 01:20:59     MCM,   Dept 12421,   PO Box 603,
                  Oaks, PA 19456-0603
19278706        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 26 2016 01:20:59     Midland Credit Management, Inc.,
                  8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
19278705        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 26 2016 01:20:59     Midland Credit Management, Inc.,
                  Bankruptcy Department,   PO Box 60578,   Los Angeles, CA 90060-0578
19278707        +E-mail/PDF: cbp@springleaf.com Jan 26 2016 01:27:32     Morequity,   601 Nw 2nd St,
                  Evansville, IN 47708-1013
19278713         E-mail/Text: bankruptcydepartment@tsico.com Jan 26 2016 01:23:00     NCO Financial Systems,
                  P.O. Box 17080,   Wilmington, DE 19850-7080
19278712        +E-mail/Text: egssupportservices@egscorp.com Jan 26 2016 01:21:28     NCO Financial Systems,
                  507 Prudential Road,   Horsham, PA 19044-2368
21160314         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2016 01:27:10
                  Portfolio Recovery Associates, LLC,   successor to SQUARETWO FINANCIAL,   PO Box 41067,
                  Norfolk, VA 23541
19550415         E-mail/PDF: rmscedi@recoverycorp.com Jan 26 2016 01:27:38     Portfolio Investments I LLC,
                  c/o Recovery Management Systems Cor,   25 SE 2nd Av Suite 1120,   Miami, FL 33131-1605
19422005         E-mail/PDF: rmscedi@recoverycorp.com Jan 26 2016 01:27:14     Portfolio Investments II LLC,
                  c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
19550416         E-mail/Text: bnc-quantum@quantum3group.com Jan 26 2016 01:20:46     Quantum3 Group LLC,
                  P.O. Box 788,   Kirkland, WA 98083-0788
19438952         E-mail/Text: bnc-quantum@quantum3group.com Jan 26 2016 01:20:46
                  Quantum3 Group LLC as agent for,   Second Round LP,   PO Box 788,   Kirkland, WA  98083-0788
19278729         E-mail/PDF: cbp@springleaf.com Jan 26 2016 01:26:39     Springleaf Financial S,
                  4013 W 26th St,   Chicago, IL 60623
19278728         E-mail/PDF: cbp@springleaf.com Jan 26 2016 01:27:04     Springleaf Financial S,
                  600 N Royal Ave,   Evansville, IN 47715
19278734        +E-mail/Text: bnc@ursi.com Jan 26 2016 01:19:45     United Recovery Systems,
                  5800 North Course Drive,   Houston, TX 77072-1613
19278735         E-mail/Text: bnc@ursi.com Jan 26 2016 01:19:45     United Recovery Systems, LP,   P.O. 722929,
                  Houston, TX 77272-2929
                                                                                               TOTAL: 40

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19550342       Bucktown Liquors Inc
19550451       Bucktown Liquors Inc
19278664       Deny Quinonez
19550364       Deny Quinonez
19550473       Deny Quinonez
19278690       J WELLINGTONS
19550391       J WELLINGTONS
19550500       J WELLINGTONS
19278704       METTI RAYYAN ENTERPRISES
19550403       METTI RAYYAN ENTERPRISES
19550512       METTI RAYYAN ENTERPRISES
19278722       Richard Schwartz
19550417       Richard Schwartz
19550526       Richard Schwartz
19278736       Whiteagle Enterprises Inc
19550427       Whiteagle Enterprises Inc
19550536       Whiteagle Enterprises Inc
19550430       Young Song Liu,   J & M Naturals Owners
19550539       Young Song Liu,   J & M Naturals Owners
19550323*     +1stchas,   4343 N Elston,   Chicago, IL 60641-2145
19550432*     +1stchas,   4343 N Elston,   Chicago, IL 60641-2145
19550331*      ARS National Services Inc,   PO Box 463023,   Escondido, CA 92046-3023
19550440*      ARS National Services Inc,   PO Box 463023,   Escondido, CA 92046-3023
19550324*     +Abn Amro Mortgage Grou,   Po Box 9438,   Gaithersburg, MD 20898-9438
19550433*     +Abn Amro Mortgage Grou,   Po Box 9438,   Gaithersburg, MD 20898-9438
19550325*     +Adler Arthur B. & Assoc,   25 East Washinton #500,   Chicago, IL 60602-1703
19550434*     +Adler Arthur B. & Assoc,   25 East Washinton #500,   Chicago, IL 60602-1703
19550326*     +Allied Interstate,   3000 Corporate Exchange Drive,   Fifth Floor,   Columbus, OH 43231-7684
19550435*     +Allied Interstate,   3000 Corporate Exchange Drive,   Fifth Floor,   Columbus, OH 43231-7684
19550327*      American Infosource LP as agent,   for Midland Funding LLC,   P.O. Box 268941,
                Oklahoma City, OK 73126-8941
19550436*      American Infosource LP as agent,   for Midland Funding LLC,   P.O. Box 268941,
                Oklahoma City, OK 73126-8941
```

```
District/off: 0752-1           User: nmolina               Page 4 of 7                   Date Rcvd: Jan 25, 2016
                               Form ID: pdf006             Total Noticed: 132


            ***** BYPASSED RECIPIENTS (continued) *****
19550328*      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
19550437*      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
19278627*      +Archer Bank,    4970 South Archer Avenue,    Chicago, IL 60632-3623
19550330*      +Archer Bank,    4970 South Archer Avenue,    Chicago, IL 60632-3623
19550439*      +Archer Bank,    4970 South Archer Avenue,    Chicago, IL 60632-3623
19550438*       Archer Bank,    4970 South Archer Avenue,    Chicago, IL 60632-3623
19550332*      +Asset Management Professionals LLC,     PO Box 2824,    Woodstock, GA 30188-1386
19550441*      +Asset Management Professionals LLC,     PO Box 2824,    Woodstock, GA 30188-1386
19550335*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
19550444*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
19550442*      +Back Bowl I LLC,    c/o: Weinstein & Riley, PS,     2001 Western Av Ste 400,
                 Seattle, WA 98121-3132
19550334*      +Banco Popular,    Bankruptcy Department,    9600 W. Bryn Mawr,    Des Plaines, IL 60018-5221
19550443*      +Banco Popular,    Bankruptcy Department,    9600 W. Bryn Mawr,    Des Plaines, IL 60018-5221
19550336*      +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
19550445*      +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
19550337*      +Barclays Bank,    PO Box 8802,    Wilmington, DE 19899-8802
19550446*      +Barclays Bank,    PO Box 8802,    Wilmington, DE 19899-8802
19550338*      +Berton N Ring,    123 W MADISON,    #1500,    Chicago, IL 60602-4612
19550447*      +Berton N Ring,    123 W MADISON,    #1500,    Chicago, IL 60602-4612
19550339*      +Blatt, Hasenmiller, Leibsker & Moor,     125 S. Wacker Dr.,    Suite 400,    Chicago, IL 60606-4440
19550448*      +Blatt, Hasenmiller, Leibsker & Moor,     125 S. Wacker Dr.,    Suite 400,    Chicago, IL 60606-4440
19550340*      +Blitt & Gaines,    661 Glenn Avenue,    Wheeling, IL 60090-6017
19550449*      +Blitt & Gaines,    661 Glenn Avenue,    Wheeling, IL 60090-6017
19550341*      +Bridgeview Bank Group,    4753 N Broadway St,    Chicago, IL 60640-5266
19550450*      +Bridgeview Bank Group,    4753 N Broadway St,    Chicago, IL 60640-5266
19550344*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
19550453*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
19278645*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     P.O. Box 5155,    Norcross, GA 30091)
19550346*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     P.O. Box 5155,    Norcross, GA 30091)
19550455*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     P.O. Box 5155,    Norcross, GA 30091)
19278646*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     P.O. Box 85520,    Richmond, VA 23285)
19550347*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     P.O. Box 85520,    Richmond, VA 23285)
19550456*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     P.O. Box 85520,    Richmond, VA 23285)
19550350*      +CFS II, Inc.,    2448 E 81st St Ste 500,    Tulsa, OK 74137-4250
19550459*      +CFS II, Inc.,    2448 E 81st St Ste 500,    Tulsa, OK 74137-4250
19550356*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank South Dakota NA,     4740 121st Street,
                 Urbandale, IA 50323)
19550465*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank South Dakota NA,     4740 121st Street,
                 Urbandale, IA 50323)
19550343*      +Cach Llc,    4340 S Monaco St Unit 2,    Denver, CO 80237-3581
19550452*      +Cach Llc,    4340 S Monaco St Unit 2,    Denver, CO 80237-3581
19550345*      +Capital Management Services LP,    726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
19550454*      +Capital Management Services LP,    726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
19550348*       Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,     P.O. Box 71083,
                 Charlotte, NC 28272-1083
19550457*       Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,     P.O. Box 71083,
                 Charlotte, NC 28272-1083
19285384*      +Cavalry Portfolio Services,    500 Summit Lake Drive, Ste 400,     Valhalla, NY 10595-2322
19550349*      +Cavalry Portfolio Services LLC,    500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2322
19550458*      +Cavalry Portfolio Services LLC,    500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2322
19550352*      +Chase,    Po Box 901076,    Ft Worth, TX 76101-2076
19550461*      +Chase,    Po Box 901076,    Ft Worth, TX 76101-2076
19550351*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19550460*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19550353*      +Chase Manhattan Mtge,    3415 Vision Dr,    Columbus, OH 43219-6009
19550462*      +Chase Manhattan Mtge,    3415 Vision Dr,    Columbus, OH 43219-6009
19550354*      +Chuhak & Tecson, P.C.,    30 S. Wacker Drive,    Suite 2600,    Chicago, IL 60606-7512
19550463*      +Chuhak & Tecson, P.C.,    30 S. Wacker Drive,    Suite 2600,    Chicago, IL 60606-7512
19550355*      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
19550464*      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
19550357*      +CitiBank,N.A,    701 East 60th Street,    North,    Sioux Falls, SD 57104-0432
19550466*      +CitiBank,N.A,    701 East 60th Street,    North,    Sioux Falls, SD 57104-0432
19699176*      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
19550467*       Citimortgage Inc,    PO Box 660065,    Dallas, TX 75266-0065
19550359*      +Citizens Finance Compa,    188 W Industrial Dr,    Elmhurst, IL 60126-1608
19550468*      +Citizens Finance Compa,    188 W Industrial Dr,    Elmhurst, IL 60126-1608
```

```
District/off: 0752-1          User: nmolina              Page 5 of 7               Date Rcvd: Jan 25, 2016
                              Form ID: pdf006            Total Noticed: 132


            ***** BYPASSED RECIPIENTS (continued) *****
 19550469*       +City of Chicago BR Notice,    c/o:  Arnold Scott Harris,    222 Merchandise Mart; Suite 1932,
                   Chicago, IL 60654-1420
 19550361*       +City of Chicago Dept of Revenue,    121 North LaSalle Street,    Chicago, IL 60602-1288
 19550470*       +City of Chicago Dept of Revenue,    121 North LaSalle Street,    Chicago, IL 60602-1288
 19550362*       +Corporation Counsel,    30 N LaSalle,    Suite 800,    Chicago, IL 60602-3542
 19550471*       +Corporation Counsel,    30 N LaSalle,    Suite 800,    Chicago, IL 60602-3542
 19550363*       +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
 19550472*       +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
 19550365*       +Deutch Levy Engel,    225 West Washington,    Suite 1700,    Chicago, IL 60606-3482
 19550474*       +Deutch Levy Engel,    225 West Washington,    Suite 1700,    Chicago, IL 60606-3482
 19550366*       +Devience Alexander Jr,    630 Sylviawood,    Park Ridge, IL 60068-2246
 19550475*       +Devience Alexander Jr,    630 Sylviawood,    Park Ridge, IL 60068-2246
 19550367*       +Devon Bank,    6445 N Western Ave,    Chicago, IL 60645-5494
 19550476*       +Devon Bank,    6445 N Western Ave,    Chicago, IL 60645-5494
 19550368*        Donald Lee Johnson, P.C.,    33 N Dearborn St Ste 1401,    Chicago, IL 60602-3874
 19550477*        Donald Lee Johnson, P.C.,    33 N Dearborn St Ste 1401,    Chicago, IL 60602-3874
 19550369*       +Engelman & Smith,    1603 Orrington Ave,    Evanston, IL 60201-3872
 19550478*       +Engelman & Smith,    1603 Orrington Ave,    Evanston, IL 60201-3872
 19550370*       +Equable Ascent Financi,    1120 W Lake Cook Rd Ste,    Buffalo Grove, IL 60089-1970
 19550479*       +Equable Ascent Financi,    1120 W Lake Cook Rd Ste,    Buffalo Grove, IL 60089-1970
 19550371*        Equable Ascent Financial, LLC,    c/o Recovery Management Systems Cor,
                   25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
 19550480*        Equable Ascent Financial, LLC,    c/o Recovery Management Systems Cor,
                   25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
 19550372*        FIA Card Services, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
 19550481*        FIA Card Services, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
 19550373*        First Chicago Bank,    Chicago, IL
 19550482*        First Chicago Bank,    Chicago, IL
 19550374*       +First Chicago Bank&Tru,    4343 N Elston Ave,    Chicago, IL 60641-2145
 19550483*       +First Chicago Bank&Tru,    4343 N Elston Ave,    Chicago, IL 60641-2145
 19550375*       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
 19550484*       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
 19550376*       +First Source Advantage LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
 19550485*       +First Source Advantage LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
 19550377*       +Frederick J. Hanna & Associates, PC,    1427 Roswell Road,    Marietta, GA 30062-3668
 19550486*       +Frederick J. Hanna & Associates, PC,    1427 Roswell Road,    Marietta, GA 30062-3668
 19550378*       +Freedman, Anselmo, Lindberg & Rappe,    P.O. Box 3228,    Naperville, IL 60566-3228
 19550487*       +Freedman, Anselmo, Lindberg & Rappe,    P.O. Box 3228,    Naperville, IL 60566-3228
 19550379*       +Freedman, Anselmo, Lindberg, Rappe,,    1807 W Diehl Rd, Ste. 333,    P.O. Box 3107,
                   Naperville, IL 60566-7107
 19550488*       +Freedman, Anselmo, Lindberg, Rappe,,    1807 W Diehl Rd, Ste. 333,    P.O. Box 3107,
                   Naperville, IL 60566-7107
 19550380*        George Arthur Hesik,    821 Garfield Street,    Oak Park, IL 60304-1902
 19550489*        George Arthur Hesik,    821 Garfield Street,    Oak Park, IL 60304-1902
 19550381*       +George Panagoulias Law Office,    1300 JEFFERSON,    Suite #303,    Des Plaines, IL 60016-7127
 19550490*       +George Panagoulias Law Office,    1300 JEFFERSON,    Suite #303,    Des Plaines, IL 60016-7127
 19550382*       +Goldman & Grant,    205 West Randoph,    Suite #1100,    Chicago, IL 60606-1813
 19550491*       +Goldman & Grant,    205 West Randoph,    Suite #1100,    Chicago, IL 60606-1813
 19550383*       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
 19550492*       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
 19550384*       +Hsbc Nv,    Po Box 5253,    Carol Stream, IL 60197-5253
 19550493*       +Hsbc Nv,    Po Box 5253,    Carol Stream, IL 60197-5253
 19550385*       +Hsbc/Carsn,    Po Box 15521,    Wilmington, DE 19850-5521
 19550494*       +Hsbc/Carsn,    Po Box 15521,    Wilmington, DE 19850-5521
 19550386*       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
 19550495*       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
 19550496*       +ILBT, Inc.,    3035 West Montrose,    Chicago, IL 60618-1330
 19550388*       +Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
 19550497*       +Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
 19550389*        Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
 19550498*        Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
 19550499*       +J & M Naturals,    240 West 31st Street,    1st Floor,    Chicago, IL 60616-4952
 19550392*       +Kerry M. Lavelle,    Lavelle Legal Services,    208 S LASALLE #1200,    Chicago, IL 60604-1032
 19550501*       +Kerry M. Lavelle,    Lavelle Legal Services,    208 S LASALLE #1200,    Chicago, IL 60604-1032
 19550393*       +Labe Bank,    4343 N Elston Ave,    Chicago, IL 60641-2145
 19550502*       +Labe Bank,    4343 N Elston Ave,    Chicago, IL 60641-2145
 19550394*       +Labe Bank/Fhlmc,    4343 N Elston Ave,    Chicago, IL 60641-2145
 19550503*       +Labe Bank/Fhlmc,    4343 N Elston Ave,    Chicago, IL 60641-2145
 19550395*       +Lasalle National N A,    3985 N Milwaukee Ave,    Chicago, IL 60641-2704
 19550504*       +Lasalle National N A,    3985 N Milwaukee Ave,    Chicago, IL 60641-2704
 19550396*       +Lawrence Seiwert,    33 N LaSalle St.,    Suite 2200,    Chicago, IL 60602-2616
 19550505*       +Lawrence Seiwert,    33 N LaSalle St.,    Suite 2200,    Chicago, IL 60602-2616
 19550397*       +Leo G. Aubel,    225 W. Washington Street,    Suite #1700,    Chicago, IL 60606-3404
 19550506*       +Leo G. Aubel,    225 W. Washington Street,    Suite #1700,    Chicago, IL 60606-3404
 19550398*       +Lindia, LLC,    c/o: Weinstein & Riley, PS,    2001 Western Av Ste 400,    Seattle, WA 98121-3132
 19550507*       +Lindia, LLC,    c/o: Weinstein & Riley, PS,    2001 Western Av Ste 400,    Seattle, WA 98121-3132
 19550399*       +Lvnv Funding Llc,    Po Box 740281,    Houston, TX 77274-0281
 19550508*       +Lvnv Funding Llc,    Po Box 740281,    Houston, TX 77274-0281
 19550401*       +MANDEL LIPTON & STEVENSON,    120 N LASALLE ST STE,    Chicago, IL 60602-3498
```

```
District/off: 0752-1           User: nmolina               Page 6 of 7                  Date Rcvd: Jan 25, 2016
                               Form ID: pdf006             Total Noticed: 132


              ***** BYPASSED RECIPIENTS (continued) *****
19550510*       +MANDEL LIPTON & STEVENSON,    120 N LASALLE ST STE,    Chicago, IL 60602-3498
19550400*       +Macy's,    Bankruptcy Department,    P.O. Box 8053,    Mason, OH 45040-8053
19550509*       +Macy's,    Bankruptcy Department,    P.O. Box 8053,    Mason, OH 45040-8053
19550402*        Martin & Karcazes, Ltd.,    161 North Clark Street,    Suite 550,    Chicago, IL 60601-3376
19550511*        Martin & Karcazes, Ltd.,    161 North Clark Street,    Suite 550,    Chicago, IL 60601-3376
19550404*       +Morequity,    601 Nw 2nd St,    Evansville, IN 47708-1013
19550513*       +Morequity,    601 Nw 2nd St,    Evansville, IN 47708-1013
19550408*        NCO Financial Systems,    P.O. Box 17080,    Wilmington, DE 19850-7080
19550517*        NCO Financial Systems,    P.O. Box 17080,    Wilmington, DE 19850-7080
19550407*       +NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2368
19550516*       +NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2368
19550409*       +NCO Financial Systems, Inc.,    P.O. Box 4275,    Norcross, GA 30091-4275
19550518*       +NCO Financial Systems, Inc.,    P.O. Box 4275,    Norcross, GA 30091-4275
19433742*       +Nationwide Credit Inc,    2002 Summit Blvd,    Suite 600,    Atlanta GA 30319-1559
19550405*       +Nationwide Credit, Inc,    2002 Summit Blvd,    Suite 600,    Atlanta, GA 30319-1559
19550514*       +Nationwide Credit, Inc,    2002 Summit Blvd,    Suite 600,    Atlanta, GA 30319-1559
19550406*       +Nbgl-Carsons,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
19550515*       +Nbgl-Carsons,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
19550412*        NorthStart Location Services LLC,     4285 Genesee Street,    Buffalo, NY 14225-1943
19550521*        NorthStart Location Services LLC,     4285 Genesee Street,    Buffalo, NY 14225-1943
19550410*       +Northbrook Bank & Trus,    1100 Waukegan Rd,    Northbrook, IL 60062-4663
19550519*       +Northbrook Bank & Trus,    1100 Waukegan Rd,    Northbrook, IL 60062-4663
19550411*        Northstar Location Services LLC,    ATTN: Financial Services Dept,     4285 Genesee Street,
                   Buffalo, NY 14225-1943
19550520*        Northstar Location Services LLC,    ATTN: Financial Services Dept,     4285 Genesee Street,
                   Buffalo, NY 14225-1943
19550413*       +Paul L. Leeds,    100 West Monroe Street,    Suite 301,    Chicago, IL 60603-1967
19550522*       +Paul L. Leeds,    100 West Monroe Street,    Suite 301,    Chicago, IL 60603-1967
19550414*       +Phillip Grossman,    8707 Skokie Blvd,    Skokie, IL 60077-2272
19550523*       +Phillip Grossman,    8707 Skokie Blvd,    Skokie, IL 60077-2272
19550524*        Portfolio Investments I LLC,    c/o Recovery Management Systems Cor,     25 SE 2nd Av Suite 1120,
                   Miami, FL 33131-1605
19550525*        Quantum3 Group LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
19550418*       +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
19550527*       +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
19550420*       +SCHIFF HARDIN LLP,    233 S WACKER DR6600,    Chicago, IL 60606-6307
19550529*       +SCHIFF HARDIN LLP,    233 S WACKER DR6600,    Chicago, IL 60606-6307
19550422*      ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
                 (address filed with court: Springleaf Financial S,     4013 W 26th St,    Chicago, IL 60623)
19550531*      ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
                 (address filed with court: Springleaf Financial S,     4013 W 26th St,    Chicago, IL 60623)
19550421*      ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
                 (address filed with court: Springleaf Financial S,     600 N Royal Ave,    Evansville, IN 47715)
19550530*      ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
                 (address filed with court: Springleaf Financial S,     600 N Royal Ave,    Evansville, IN 47715)
19550419*       +Sanford Kahn, Ltd.,    180 N. LaSalle #2025,    Chicago, IL 60601-2612
19550528*       +Sanford Kahn, Ltd.,    180 N. LaSalle #2025,    Chicago, IL 60601-2612
19433741*       +Second Round LP,    POB 41955,    Austin TX 78704-0033
19550423*        Steven Laduzinsky,    Laduzinsky & Assoc, P.C.,    216 S Jefferson St Stre 301,
                   Chicago, IL 60661-5743
19550532*        Steven Laduzinsky,    Laduzinsky & Assoc, P.C.,    216 S Jefferson St Stre 301,
                   Chicago, IL 60661-5743
19550424*       +Traurig Greenburg,    77 West Wacker,    Suite 2500,    Chicago, IL 60601-1643
19550533*       +Traurig Greenburg,    77 West Wacker,    Suite 2500,    Chicago, IL 60601-1643
19550425*       +United Recovery Systems,    5800 North Course Drive,    Houston, TX 77072-1613
19550534*       +United Recovery Systems,    5800 North Course Drive,    Houston, TX 77072-1613
19550426*        United Recovery Systems, LP,    P.O. 722929,    Houston, TX 77272-2929
19550535*        United Recovery Systems, LP,    P.O. 722929,    Houston, TX 77272-2929
19550428*       +Wintrust,    1333 N. Kingsbury,    Unit #201,    Chicago, IL 60642-2642
19550537*       +Wintrust,    1333 N. Kingsbury,    Unit #201,    Chicago, IL 60642-2642
19550538*       +Wintrust Mortgage,    Attn: Bankruptcy,    9700 W. Higgins Rd; Suite 300,
                   Des Plaines, IL 60018-4738
19278631       ##+Asset Management Professionals LLC,    665 Molly Lance,    Woodstock, GA 30189-3702
19278634       ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
19278660       ##+Citizens Finance Compa,    188 W Industrial Dr,    Elmhurst, IL 60126-1608
19278670       ##+Equable Ascent Financi,    1120 W Lake Cook Rd Ste,    Buffalo Grove, IL 60089-1970
19278720       ##+Paul L. Leeds,    100 West Monroe Street,    Suite 301,    Chicago, IL 60603-1967
19278721       ##+Phillip Grossman,    8707 Skokie Blvd,    Skokie, IL 60077-2272
19278726        ##Second Round,    P.O. Box 1361,    San Marcos, TX 78667-1361
                                                                                               TOTALS: 19, * 200, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-1          User: nmolina              Page 7 of 7              Date Rcvd: Jan 25, 2016
                              Form ID: pdf006            Total Noticed: 132
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2016 at the address(es) listed below:

```
          David C. Nelson    on behalf of Debtor 2 Julie  Amundson dcnelson@nelsonlawoffice.com,
           deanna.trejo@nelsonlawoffice.com;NLO6276706ECF@gmail.com
          David C. Nelson    on behalf of Plaintiff Julie  Amundson dcnelson@nelsonlawoffice.com,
           deanna.trejo@nelsonlawoffice.com;NLO6276706ECF@gmail.com
          David C. Nelson    on behalf of Plaintiff Christopher  Amundson dcnelson@nelsonlawoffice.com,
           deanna.trejo@nelsonlawoffice.com;NLO6276706ECF@gmail.com
          David C. Nelson    on behalf of Debtor 1 Christopher  Amundson dcnelson@nelsonlawoffice.com,
           deanna.trejo@nelsonlawoffice.com;NLO6276706ECF@gmail.com
          Eileen M Sethna    on behalf of Defendant   Northbrook Bank & Trust esethna@chuhak.com,
           rsaldivar@chuhak.com;mreyes@chuhak.com
          Eileen M Sethna    on behalf of Creditor   Northbrook Bank & Trust Company esethna@chuhak.com,
           rsaldivar@chuhak.com;mreyes@chuhak.com
          Frances  Gecker    fgecker@fgllp.com,    fgecker@ecf.epiqsystems.com;csmith@fgllp.com
          Frances  Gecker    on behalf of Accountant Alan D Lasko fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;csmith@fgllp.com
          James A Hasier    on behalf of Creditor    Archer Bank jhasier@martin-karcazes.com
          Micah R Krohn    on behalf of Trustee Frances  Gecker mkrohn@fgllp.com,
           ccarpenter@fgllp.com;csmith@fgllp.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@wfactorlaw.com,
           nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
                                                                                             TOTAL: 12
```