# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHRISTOPHER AMUNDSON | § | Case No. 12-31028 |
| JULIE AMUNDSON | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 541,020.00          Assets Exempt: 43,400.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,097,319.35          Claims Discharged
Without Payment: 1,220,250.59

Total Expenses of Administration: 160,383.13

3) Total gross receipts of $ 1,257,702.48  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 1,257,702.48  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 529,412.00 | $ 2,479,596.74 | $ 2,376,580.14 | $ 1,097,219.35 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 160,383.13 | 160,383.13 | 160,383.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 36,000.00 | 64,321.13 | 64,321.13 | 100.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 104,145.00 | 1,113,042.08 | 522,472.46 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 669,557.00 | $ 3,817,343.08 | $ 3,123,756.86 | $ 1,257,702.48 |

4) This case was originally filed under chapteron  08/03/2012 , and it was converted to chapter 7 on  10/29/2012 .  The case was pending for 42 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/16/2016                          By:/s/Frances Gecker
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| RENT COLLECTED | 1122-000 | 21,002.48 |
| ILBT, INC. AND ILLINOIS CORPORATION HOLDS:  3035 W | 1129-000 | 360,000.00 |
| LITTLE C, INC.  AN ILLINOIS CORPORATION.  REAL EST | 1129-000 | 860,000.00 |
| SETTLEMENT | 1249-000 | 15,000.00 |
| TURNOVER by George Krogul | 1249-000 | 1,700.00 |
| TOTAL GROSS RECEIPTS | | $ 1,257,702.48 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | 318,665.00 | NA | NA | 0.00 |
| | Northbrook Bank & Trus 1100 Waukegan Rd Northbrook, IL 60062 | | 210,747.00 | NA | NA | 0.00 |
| 17 | ARCHER BANK | 4110-000 | NA | 103,016.60 | 0.00 | 0.00 |
| | BANCO POPULAR | 4110-000 | NA | 310,987.04 | 310,987.04 | 310,987.04 |
| | BANCO POPULAR NORTH AMERICA | 4110-000 | NA | 783,373.67 | 783,373.67 | 783,373.67 |
| | CHICAGO SCAFFOLDING, INC. | 4110-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| 21 | CITI MORTGAGE INC | 4110-000 | NA | 320,136.13 | 320,136.13 | 0.00 |
| 11 | NORTHBROOK BANK & TRUST COMPANY | 4110-000 | NA | 258,098.32 | 258,098.32 | 0.00 |
| 18 | NORTHBROOK BANK & TRUST COMPANY | 4110-000 | NA | 135,000.00 | 135,000.00 | 0.00 |
| 19 | NORTHBROOK BANK & TRUST COMPANY | 4110-000 | NA | 316,126.34 | 316,126.34 | 0.00 |
| 20 | NORTHBROOK BANK & TRUST COMPANY | 4110-000 | NA | 250,000.00 | 250,000.00 | 0.00 |
| | CITY OF CHICAGO DEPARTMENT OF LAW | 4120-000 | NA | 858.64 | 858.64 | 858.64 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 529,412.00 | $ 2,479,596.74 | $ 2,376,580.14 | $ 1,097,219.35 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 45,307.67 | 45,307.67 | 45,307.67 |
| Frances Gecker | 2200-000 | NA | 233.60 | 233.60 | 233.60 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 35.73 | 35.73 | 35.73 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 15.72 | 15.72 | 15.72 |
| Chicago Title and Trust Company | 2500-000 | NA | 5,308.00 | 5,308.00 | 5,308.00 |
| Chicago Title and Trust Company - Closing Costs | 2500-000 | NA | 7,506.00 | 7,506.00 | 7,506.00 |
| Earnest Money | 2500-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| M.G.R. - Water Certification/Zoning | 2500-000 | NA | 307.98 | 307.98 | 307.98 |
| Perry Sabet - Water Bill Reimbursement | 2500-000 | NA | 1,195.00 | 1,195.00 | 1,195.00 |
| Security Deposit | 2500-000 | NA | 2,600.00 | 2,600.00 | 2,600.00 |
| Studinicka & Associates | 2500-000 | NA | 350.00 | 350.00 | 350.00 |
| Bank of New York Mellon | 2600-000 | NA | 341.55 | 341.55 | 341.55 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | NA | 544.25 | 544.25 | 544.25 |
| DEPARTMENT OF THE TREASURY | 2810-000 | NA | 8,888.00 | 8,888.00 | 8,888.00 |
| Cook County Tax Collector | 2820-000 | NA | 4,244.31 | 4,244.31 | 4,244.31 |
| ILLINOIS DEPT. OF REVENUE | 2820-000 | NA | 3,008.00 | 3,008.00 | 3,008.00 |
| Tax Prorations | 2820-000 | NA | 14,269.36 | 14,269.36 | 14,269.36 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 5,195.89 | 5,195.89 | 5,195.89 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 32.07 | 32.07 | 32.07 |
| CHICAGO REAL ESTATE RESOURCES | 3510-000 | NA | 43,000.00 | 43,000.00 | 43,000.00 |
| Dreamtown Realty | 3510-000 | NA | 8,800.00 | 8,800.00 | 8,800.00 |
| ERIC JANSSEN | 3510-000 | NA | 4,200.00 | 4,200.00 | 4,200.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 160,383.13 | $ 160,383.13 | $ 160,383.13 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 26 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 0.00 | 23,958.60 | 23,958.60 | 37.25 |
| 4 | INTERNAL REVENUE SERVICE | 5800-000 | 36,000.00 | 40,362.53 | 40,362.53 | 62.75 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 36,000.00 | $ 64,321.13 | $ 64,321.13 | $ 100.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1stchas 4343 N Elston Chicago, IL 60641 | | 0.00 | NA | NA | 0.00 |
| | 1stchas 4343 N Elston Chicago, IL 60641 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abn Amro Mortgage Grou Po Box 9438 Gaithersburg, MD 20898 | | 0.00 | NA | NA | 0.00 |
| | Abn Amro Mortgage Grou Po Box 9438 Gaithersburg, MD 20898 | | 0.00 | NA | NA | 0.00 |
| | Adler Arthur B. & Assoc 25 East Washinton #500 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 0.00 | NA | NA | 0.00 |
| | Archer Bank 4970 South Archer Avenue Chicago, IL 60632-3623 | | 0.00 | NA | NA | 0.00 |
| | Asset Management Professionals LLC PO Box 2824 Woodstock, GA 30188 | | 0.00 | NA | NA | 0.00 |
| | Banco Popular Bankruptcy Department 9600 W. Bryn Mawr Des Plaines, IL 60018 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | 1,511.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | 11,907.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware 125 S West St Wilmington, DE 19801 | | 2,337.00 | NA | NA | 0.00 |
| | Berton N Ring 123 W MADISON #1500 Chicago, IL 60602 | | 1,000.00 | NA | NA | 0.00 |
| | Blatt, Hasenmiller, Leibsker & Moor 125 S. Wacker Dr. Suite 400 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Blatt, Hasenmiller, Leibsker & Moor 125 S. Wacker Dr. Suite 400 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Blitt & Gaines 661 Glenn Avenue Wheeling, IL 60090 | | 0.00 | NA | NA | 0.00 |
| | Bridgeview Bank Group 4753 N Broadway St Chicago, IL 60640 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bridgeview Bank Group 4753 N Broadway St Chicago, IL 60640 | | 0.00 | NA | NA | 0.00 |
| | Cach Llc 4340 S Monaco St Unit 2 Denver, CO 80237 | | 709.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 0.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 5,171.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 0.00 | NA | NA | 0.00 |
| | Cavalry Portfolio Serv 7 Skyline Dr Ste 3 Hawthorne, NY 10532 | | 518.00 | NA | NA | 0.00 |
| | Cba/Equity One 301 Lippincott Dr Marlton, NJ 08053 | | 0.00 | NA | NA | 0.00 |
| | Cfs Ii Inc 2448 E 81st St Ste 500 Tulsa, OK 74137 | | 9,317.00 | NA | NA | 0.00 |
| | Chase Manhattan Mtge 3415 Vision Dr Columbus, OH 43219 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Mtge 3415 Vision Dr Columbus, OH 43219 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 9,209.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 633.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 11,267.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 3,044.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 368.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 9,598.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 901076 Ft Worth, TX 76101 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 901076 Ft Worth, TX 76101 | | 0.00 | NA | NA | 0.00 |
| | Chuhak & Tecson, P.C. 30 S. Wacker Drive Suite 2600 Chicago, IL 60606-7413 | | 0.00 | NA | NA | 0.00 |
| | Chuhak & Tecson, P.C. 30 S. Wacker Drive Suite 2600 Chicago, IL 60606-7413 | | 0.00 | NA | NA | 0.00 |
| | Chuhak & Tecson, P.C. 30 S. Wacker Drive Suite 2600 Chicago, IL 60606-7413 | | 0.00 | NA | NA | 0.00 |
| | Chuhak & Tecson, P.C. 30 S. Wacker Drive Suite 2600 Chicago, IL 60606-7413 | | 0.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 11,938.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 12,746.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank South Dakota NA 4740 121st Street Urbandale, IA 50323 | | 0.00 | NA | NA | 0.00 |
| | Citizens Finance Compa 188 W Industrial Dr Elmhurst, IL 60126 | | 0.00 | NA | NA | 0.00 |
| | Citizens Finance Compa 188 W Industrial Dr Elmhurst, IL 60126 | | 0.00 | NA | NA | 0.00 |
| | Corporation Counsel 30 N LaSalle Suite 800 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Corporation Counsel 30 N LaSalle Suite 800 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Corporation Counsel 30 N LaSalle Suite 800 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Credit One Bank Po Box 98875 Las Vegas, NV 89193 | | 1,995.00 | NA | NA | 0.00 |
| | Credit One Bank Po Box 98875 Las Vegas, NV 89193 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit One Bank Po Box 98875 Las Vegas, NV 89193 | | 0.00 | NA | NA | 0.00 |
| | Credit One Bank Po Box 98875 Las Vegas, NV 89193 | | 0.00 | NA | NA | 0.00 |
| | Deny Quinonez | | 0.00 | NA | NA | 0.00 |
| | Deutch Levy Engel 225 West Washington Suite 1700 Chicago, IL 60602 | | 1,000.00 | NA | NA | 0.00 |
| | Donald Lee Johnson, P.C. 33 N Dearborn St Ste 1401 Chicago, IL 60602-3874 | | 0.00 | NA | NA | 0.00 |
| | Engelman & Smith 1603 Orrington Ave Evanston, IL 60201 | | 0.00 | NA | NA | 0.00 |
| | Equable Ascent Financi 1120 W Lake Cook Rd Ste Buffalo Grove, IL 60089 | | 4,936.00 | NA | NA | 0.00 |
| | FIA Card Services as Successor Bank of America 1000 Samoset Drive; DE5-023-03-03 Newark, DE 19713 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Chicago Bank&Tru 4343 N Elston Ave Chicago, IL 60641 | | 0.00 | NA | NA | 0.00 |
| | First Chicago Bank&Tru 4343 N Elston Ave Chicago, IL 60641 | | 0.00 | NA | NA | 0.00 |
| | First Chicago Bank&Tru 4343 N Elston Ave Chicago, IL 60641 | | 0.00 | NA | NA | 0.00 |
| | First Premier Bank 601 S Minnesota Ave Sioux Falls, SD 57104 | | 0.00 | NA | NA | 0.00 |
| | Freedman, Anselmo, Lindberg, Rappe, 1807 W Diehl Rd, Ste. 333 P.O. Box 3107 Naperville, IL 60566-7228 | | 0.00 | NA | NA | 0.00 |
| | George Arthur Hesik 821 Garfield Street Oak Park, IL 60304-1902 | | 0.00 | NA | NA | 0.00 |
| | George Panagoulias Law Office 1300 JEFFERSON Suite #303 Des Plaines, IL 60016 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Goldman & Grant 205 West Randoph Suite #1100 Chicago, IL 60606 | | 3,040.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Nv Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Nv Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/Carsn Po Box 15521 Wilmington, DE 19805 | | 0.00 | NA | NA | 0.00 |
| | I C System Inc Po Box 64378 Saint Paul, MN 55164 | | 79.00 | NA | NA | 0.00 |
| | Kerry M. Lavelle Lavelle Legal Services 208 S LASALLE #1200 Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | Labe Bank/Fhlmc 4343 N Elston Ave Chicago, IL 60641 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Labe Bank/Fhlmc 4343 N Elston Ave Chicago, IL 60641 | | 0.00 | NA | NA | 0.00 |
| | Labe Bank/Fhlmc 4343 N Elston Ave Chicago, IL 60641 | | 0.00 | NA | NA | 0.00 |
| | Lasalle National N A 3985 N Milwaukee Ave Chicago, IL 60641 | | 0.00 | NA | NA | 0.00 |
| | Lawrence Seiwert 33 N LaSalle St. Suite 2200 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Leo G. Aubel 225 W. Washington Street Suite #1700 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | 439.00 | NA | NA | 0.00 |
| | Macy's Bankruptcy Department P.O. Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Martin & Karcazes, Ltd. 161 North Clark Street Suite 550 Chicago, IL 60601-3376 | | 0.00 | NA | NA | 0.00 |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Credit Management, Inc. Bankruptcy Department PO Box 60578 Los Angeles, CA 90060 | | 1,383.00 | NA | NA | 0.00 |
| | Morequity 601 Nw 2nd St Evansville, IN 47708 | | 0.00 | NA | NA | 0.00 |
| | Nbgl-Carsons 140 W Industrial Dr Elmhurst, IL 60126 | | 0.00 | NA | NA | 0.00 |
| | Paul L. Leeds 100 West Monroe Street Suite 301 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Phillip Grossman 8707 Skokie Blvd Skokie, IL 60077 | | 0.00 | NA | NA | 0.00 |
| | Richard Schwartz | | 0.00 | NA | NA | 0.00 |
| | Rnb-Fields3 Po Box 9475 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Rnb-Fields3 Po Box 9475 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Rnb-Fields3 Po Box 9475 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sanford Kahn, Ltd. 180 N. LaSalle #2025 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Springleaf Financial S 4013 W 26th St Chicago, IL 60623 | | 0.00 | NA | NA | 0.00 |
| | Springleaf Financial S 600 N Royal Ave Evansville, IN 47715 | | 0.00 | NA | NA | 0.00 |
| | Steven Laduzinsky Laduzinsky & Assoc, P.C. 216 S Jefferson St Stre 301 Chicago, IL 60661-5743 | | 0.00 | NA | NA | 0.00 |
| | Traurig Greenburg 77 West Wacker Suite 2500 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | U S Bank 101 5th St E Ste A Saint Paul, MN 55101 | | 0.00 | NA | NA | 0.00 |
| | U S Bank 101 5th St E Ste A Saint Paul, MN 55101 | | 0.00 | NA | NA | 0.00 |
| | Wintrust 1333 N. Kingsbury Unit #201 Chicago, IL 60640 | | 0.00 | NA | NA | 0.00 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 1,330.43 | 1,330.43 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17U | ARCHER BANK | 7100-000 | NA | 581,252.53 | 0.00 | 0.00 |
| 10 | BACK BOWL I LLC, SERIES C | 7100-000 | NA | 12,262.21 | 12,262.21 | 0.00 |
| 30 | BRIDGEVIEW BANK GROUP | 7100-000 | NA | 4,771.62 | 4,771.62 | 0.00 |
| 31 | BRIDGEVIEW BANK GROUP | 7100-000 | NA | 4,919.77 | 4,919.77 | 0.00 |
| 8 | CAPITAL ONE BANK (USA) N.A. | 7100-000 | NA | 4,591.93 | 4,591.93 | 0.00 |
| 9 | CAPITAL ONE BANK (USA) N.A. | 7100-000 | NA | 5,496.91 | 5,496.91 | 0.00 |
| 2 | CAVALRY PORTFOLIO SERVICES, LLC | 7100-000 | NA | 852.72 | 852.72 | 0.00 |
| 1 | CAVALRY PORTFOLIO SERVICES, LLC | 7100-000 | NA | 526.20 | 526.20 | 0.00 |
| 27 | CFS II INC | 7100-000 | NA | 9,317.09 | 9,317.09 | 0.00 |
| 23 | CITIBANK N.A. | 7100-000 | NA | 6,228.94 | 6,228.94 | 0.00 |
| 7 | CITY OF CHICAGO DEPARTMENT OF REVENUE | 7100-000 | NA | 300.00 | 300.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | CORRY FINANCIAL INC-- JOHN PHILLIP KEOWN | 7100-000 | NA | 9,317.09 | 0.00 | 0.00 |
| 5 | DEPARTMENT STORES NATIONAL BANK/MACY"S | 7100-000 | NA | 1,287.75 | 1,287.75 | 0.00 |
| 28 | DEUTCH LEVY ENGEL | 7100-000 | NA | 28,012.27 | 28,012.27 | 0.00 |
| 22 | DONALD LEE JOHNSON PC | 7100-000 | NA | 68,547.50 | 68,547.50 | 0.00 |
| 13 | FIA CARD SERVICES | 7100-000 | NA | 12,514.30 | 12,514.30 | 0.00 |
| 14 | FIA CARD SERVICES | 7100-000 | NA | 1,511.91 | 1,511.91 | 0.00 |
| 26U | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 644.42 | 644.42 | 0.00 |
| 24 | INSOLVE RECOVERY, LLC, C/O CAPITAL RECOVERY GROUP, | 7100-000 | NA | 2,095.89 | 2,095.89 | 0.00 |
| 25 | INSOLVE RECOVERY, LLC, C/O CAPITAL RECOVERY GROUP, | 7100-000 | NA | 443.74 | 443.74 | 0.00 |
| 12 | LINDIA, LLC | 7100-000 | NA | 2,337.61 | 2,337.61 | 0.00 |
| 18U | NORTHBROOK BANK & TRUST COMPANY | 7100-000 | NA | 69,878.09 | 69,878.09 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20U | NORTHBROOK BANK & TRUST COMPANY | 7100-000 | NA | 275,968.70 | 275,968.70 | 0.00 |
| 15 | PORTFOLIO INVESTMENTS II LLC | 7100-000 | NA | 4,976.75 | 4,976.75 | 0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 708.64 | 708.64 | 0.00 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 2,947.07 | 2,947.07 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 104,145.00 | $ 1,113,042.08 | $ 522,472.46 | $ 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 12-31028 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | CHRISTOPHER AMUNDSON | | | | Date Filed (f) or Converted (c): | 10/29/2012 (c) |
| | JULIE AMUNDSON | | | | 341(a) Meeting Date: | 11/30/2012 |
| For Period Ending: | 04/16/2016 | | | | Claims Bar Date: | 10/29/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3414 WEST GLENLAKE; CHICAGO, IL 60659  Lots 20 and 21 | 318,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON SELF | 100.00 | 0.00 | | 0.00 | FA |
| 3. BRIDGEVIEW BANK PERSONAL CHECKING XXXX0101 | 10.00 | 0.00 | | 0.00 | FA |
| 4. 3 BEDS, TABLE, CHAIRS, SOFA, TV, KITCHEN UTENSILS | 400.00 | 0.00 | | 0.00 | FA |
| 5. NECESSARY WEARING APPAREL | 600.00 | 0.00 | | 0.00 | FA |
| 6. WHITEEAGLE ENT, INC.  AN ILLINOIS CORPORATION.  RE | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. ILBT, INC. AND ILLINOIS CORPORATION HOLDS:  3035 W | 350,000.00 | 360,000.00 | | 360,000.00 | FA |
| 8. THE AMUNDSON GROUP, INC.  AN ILLINOIS CORPORATION | 0.00 | 0.00 | OA | 0.00 | FA |
| 9. ACCROSS PULASKI, INC. AN ILLINOIS CORPORATION REAL | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. LITTLE C, INC.  AN ILLINOIS CORPORATION.  REAL EST | 0.00 | 0.00 | | 860,000.00 | FA |
| 11. ACCOUTING SOLUTIONS, LTD - AN ILLINOIS CORPORATION | 0.00 | 0.00 | OA | 0.00 | FA |
| 12. HADDON ST. PROPERTIES, INC - AN ILLINOIS CORPORATI | 0.00 | 0.00 | OA | 0.00 | FA |
| 13. FB KNIGHT - AN ILLINOIS CORPORATION REAL ESTATE IN | 0.00 | 0.00 | OA | 0.00 | FA |
| 14. 2005 CADILLAC DEVILLE, 86,000 MILES.  POOR CONDITI | 4,600.00 | 0.00 | | 0.00 | FA |
| 15. 2005 JAGUAR S-TYPE 51,000 MILES.  VERY POOR CONDIT | 7,700.00 | 2,900.00 | | 0.00 | FA |
| 16. SETTLEMENT                 (u)  Little C, Inc. v. Bucktown Liquors, et al. 10 M1 710619 | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 17. TURNOVER by George Krogul (u)  Order entered on 7/30/13 - George Krogul for unpaid rent. | 0.00 | 8,600.99 | | 1,700.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 12-31028 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | Frances Gecker |
| Case Name: | CHRISTOPHER AMUNDSON | | | | Date Filed (f) or Converted (c): | 10/29/2012 (c) |
| | JULIE AMUNDSON | | | | 341(a) Meeting Date: | 11/30/2012 |
| For Period Ending: | 04/16/2016 | | | | Claims Bar Date: | 10/29/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 18.  OTHER MISCELLANEOUS PROPERTY (u)<br><br>Possible and unlikely personal interest in a $153,000 check issued to Across Pulaski, Inc. and Northbrook Bank and Trust for fire damage to a piece of RE owned by Across Pulaski. Actual copy of check presented to bankruptcy trustee.  Check is located in safe that debtor has possession and control of. | 153,000.00 | 153,000.00 | | 0.00 | FA |
| 19.  OTHER LIQUDATED DEBTS OWED                        (u)<br><br>Potential Claim against Metti & Ryan d/b/a Bucktown Liquors. | 100,000.00 | 97,110.00 | | 0.00 | FA |
| 20.  RENT COLLECTED<br><br>Rent collected from 3035 W. Montrose, Chicago and 2045 West North Ave., Chicago, IL | 0.00 | 21,002.48 | | 21,002.48 | FA |
| 21.  PERSONAL CHECKING AT BRIDGEVIEW BANK ACCOUNT (u) | 10.00 | 10.00 | | 0.00 | FA |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $934,420.00              $657,623.47                              $1,257,702.48              $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 11/01/2013        Current Projected Date of Final Report (TFR): 09/20/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-31028

Case Name: CHRISTOPHER AMUNDSON

JULIE AMUNDSON

Taxpayer ID No: XX-XXX8645

For Period Ending: 04/16/2016

Trustee Name: Frances Gecker

Bank Name: Associated Bank

Account Number/CD#: XXXXXX1905

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7413 | Transfer of Funds | 9999-000 | $50,769.23 | | $50,769.23 |
| 08/28/15 | 17 | George E. Krogul 1518 N. Ashland Chicago, IL 60622-2227 | Turnover Payment | 1249-000 | $100.00 | | $50,869.23 |
| 02/15/16 | 5001 | ADAMS-LEVINE 370 LEXINGTON AVENUE, SUITE 1101 NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 Reversal BLANKET BOND CHECK WAS WRITTEN IN ERROR. THIS CHECK WAS VOIDED BEFORE BEING PRINTED OR SENT TO BOND COMPANY. | 2300-000 | | ($33.43) | $50,902.66 |
| 02/15/16 | 5001 | ADAMS-LEVINE 370 LEXINGTON AVENUE, SUITE 1101 NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | $33.43 | $50,869.23 |
| 03/01/16 | 5002 | Frances Gecker 325 N. LaSalle Street Chicago, IL 60654 | Distribution | | | $45,541.27 | $5,327.96 |
| | | Frances Gecker | Final distribution representing a payment of 100.00 % per court order. | ($45,307.67) 2100-000 | | | |
| | | Frances Gecker | Final distribution representing a payment of 100.00 % per court order. | ($233.60) 2200-000 | | | |
| 03/01/16 | 5003 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Distribution | | | $5,227.96 | $100.00 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. | ($5,195.89) 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. | ($32.07) 3420-000 | | | |
| 03/01/16 | 5004 | INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | Final distribution to claim 4 representing a payment of 0.16 % per court order. | 5800-000 | | $62.75 | $37.25 |

Page Subtotals:

$50,869.23          $50,831.98

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-31028 | | Trustee Name: | Frances Gecker |
| Case Name: | CHRISTOPHER AMUNDSON | | Bank Name: | Associated Bank |
| | JULIE AMUNDSON | | Account Number/CD#: | XXXXXX1905 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX8645 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/16/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/01/16 | 5005 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 64338 CHICAGO, IL 60664 | Final distribution to claim 26 representing a payment of 0.16 % per court order. | 5800-000 | | $37.25 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | $50,869.23 | $50,869.23 | |
| | | Less: Bank Transfers/CD's | | | $50,769.23 | $0.00 | |
| | | Subtotal | | | $100.00 | $50,869.23 | |
| | | Less: Payments to Debtors | | | $0.00 | $0.00 | |
| | | Net | | | $100.00 | $50,869.23 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-31028 | Trustee Name: Frances Gecker |
| Case Name: CHRISTOPHER AMUNDSON | Bank Name: Congressional Bank |
| JULIE AMUNDSON | Account Number/CD#: XXXXXX9108 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX8645 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/16/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/20/12 | | ROCKFORD MUTUAL INSURANCE CO. 527 COLMAN CENTER DR.ROCKFORD, IL 61125-0626 | | 1129-000 | $153,568.78 | | $153,568.78 |
| 12/03/12 | | Reverses Deposit # 1 | Check was returned from Congressional. | 1129-000 | ($153,568.78) | | $0.00 |
| 07/15/13 | | CHICAGO TITLE & TRUST COMPANY<br><br>10 S. LaSalle Street<br>Chicago, IL  60603 | Reversed<br>Wrong Account No. - Trustee Switched Banks and has deposited the sale proceeds with BNY Mellon account. | | $11,000.00 | | $11,000.00 |
| | | | Gross Receipts          $860,000.00 | | | | |
| | | | BROKER'S COMMISSION   ($43,000.00) | 3510-000 | | | |
| | | | CLOSING COSTS           ($7,506.00) | 2500-000 | | | |
| | | | WATER BIL                   ($1,195.00) | 2500-000 | | | |
| | | | Chicago Scaffolding, INc.   ($2,000.00) | 4110-000 | | | |
| | | BANCO POPULAR NORTH AMERICA | FIRST MORTGAGE        ($783,373.67) | 4110-000 | | | |
| | | | Real Estate Taxes          ($8,116.69) | 2820-000 | | | |
| | | | SECURITY DEPOSIT        ($2,600.00) | 2500-000 | | | |
| | | CITY OF CHICAGO DEPARTMENT OF LAW | SECURED LIEN                ($858.64) | 4120-000 | | | |
| | | | Survey Fees                    ($350.00) | 2500-000 | | | |
| | 10 | | LITTLE C, INC.  AN ILLINOIS CORPORATION.  REAL EST | $860,000.00 | 1129-000 | | |

| | | | |
|---|---|---|---|
| UST Form 101-7-TDR (10/1/2010) *(Page: 27)* | Page Subtotals: | $11,000.00 | $0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-31028 | Trustee Name: | Frances Gecker | Exhibit 9 |
|---|---|---|---|---|
| Case Name: | CHRISTOPHER AMUNDSON | Bank Name: | Congressional Bank | |
| | JULIE AMUNDSON | Account Number/CD#: | XXXXXX9108 | |
| | | | GENERAL CHECKING | |
| Taxpayer ID No: | XX-XXX8645 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 04/16/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/17/13 | | CHICAGO TITLE & TRUST COMPANY<br><br>10 S. LaSalle Street<br>Chicago, IL 60603 | Reversal<br>Wrong Account No. - Trustee Switched Banks and has deposited the sale proceeds with BNY Mellon account. | | ($11,000.00) | | $0.00 |
| | | | Gross Receipts ($860,000.00) | | | | |
| | | | BROKER'S COMMISSION $43,000.00 | 3510-000 | | | |
| | | | CLOSING COSTS $7,506.00 | 2500-000 | | | |
| | | | WATER BIL $1,195.00 | 2500-000 | | | |
| | | | Chicago Scaffolding, INc. $2,000.00 | 4110-000 | | | |
| | | BANCO POPULAR NORTH AMERICA | FIRST MORTGAGE $783,373.67 | 4110-000 | | | |
| | | | Real Estate Taxes $8,116.69 | 2820-000 | | | |
| | | | SECURITY DEPOSIT $2,600.00 | 2500-000 | | | |
| | | CITY OF CHICAGO DEPARTMENT OF LAW | SECURED LIEN $858.64 | 4120-000 | | | |
| | | | Survey Fees $350.00 | 2500-000 | | | |
| | 10 | | LITTLE C, INC. AN ILLINOIS ($860,000.00)<br>CORPORATION. REAL EST | 1129-000 | | | |

|  | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: ($11,000.00) $0.00

Page:   5

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 12-31028 | Trustee Name: Frances Gecker |
| Case Name: CHRISTOPHER AMUNDSON | Bank Name: The Bank of New York Mellon |
| JULIE AMUNDSON | Account Number/CD#: XXXXXX7413 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX8645 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/16/2016 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/17/13 | | CHICAGO TITLE & TRUST COMPANY 10 S. LASALLE STREETCHICAGO, IL 60603 | Sale of 2045 West North Ave. | | $11,000.00 | | $11,000.00 |
| | | | Gross Receipts          $860,000.00 | | | | |
| | | CHICAGO REAL ESTATE RESOURCES | BROKER'S COMMISSION    ($43,000.00) | 3510-000 | | | |
| | | Tax Prorations | TAX PRORATIONS         ($8,116.69) | 2820-000 | | | |
| | | Perry Sabet - Water Bill Reimbursement | WATER BILL            ($1,195.00) | 2500-000 | | | |
| | | Chicago Title and Trust Company - Closing Costs | CLOSING COSTS          ($7,506.00) | 2500-000 | | | |
| | | Security Deposit | SECURITY DEPOSIT       ($2,600.00) | 2500-000 | | | |
| | | BANCO POPULAR NORTH AMERICA BANCO POPULAR NORTH AMERICA | SECURED CREDITOR     ($783,373.67) | 4110-000 | | | |
| | | CHICAGO SCAFFOLDING, INC. CHICAGO SCAFFOLDING, INC. | CHICAGO SCAFFOLDING, INC.          ($2,000.00) | 4110-000 | | | |
| | | Studinicka & Associates | Survey Fees            ($350.00) | 2500-000 | | | |
| | | CITY OF CHICAGO DEPARTMENT OF LAW CITY OF CHICAGO DEPARTMENT OF LAW | CITY OF CHICAGO          ($858.64) DEPARTMENT OF LAW | 4120-000 | | | |
| | 10 | | LITTLE C, INC. AN ILLINOIS    $860,000.00 CORPORATION. REAL EST | 1129-000 | | | |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $10,990.00 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $16.34 | $10,973.66 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $15.79 | $10,957.87 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $16.29 | $10,941.58 |

|  | Page Subtotals: | | | | $11,000.00 | $58.42 | |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 12-31028 | Trustee Name: Frances Gecker | Exhibit 9 |
| Case Name: CHRISTOPHER AMUNDSON | Bank Name: The Bank of New York Mellon | |
| JULIE AMUNDSON | Account Number/CD#: XXXXXX7413 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX8645 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/16/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $15.74 | $10,925.84 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $16.24 | $10,909.60 |
| 02/03/14 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $15.72 | $10,893.88 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $16.22 | $10,877.66 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $14.61 | $10,863.05 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $16.15 | $10,846.90 |
| 05/05/14 | 17 | GEORGE E. KROGUL 2045 W. North Ave., FL 2ndChicago, IL 60647-5413 | Rent Payments pursuant to Court Ord | 1249-000 | $200.00 | | $11,046.90 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $15.61 | $11,031.29 |
| 06/05/14 | 17 | GEORGE E. KROGUL 2045 W. North Ave., FL 2ndChicago, IL 60647-5413 | Rent Payments pursuant to Court Ord | 1249-000 | $200.00 | | $11,231.29 |
| 06/06/14 | 16 | LADUZINSKY & ASSOCIATES, PC IOLTA ACCOUNT216 S. JEFFERSON ST. STE 301CHICAGO, IL  60661 | SETTLEMENT AGREEMENT | 1249-000 | $15,000.00 | | $26,231.29 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $16.35 | $26,214.94 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $31.91 | $26,183.03 |
| 07/10/14 | 17 | GEORGE E. KROGUL 2045 W. North Ave., FL 2ndChicago, IL 60647-5413 | Rent Payments pursuant to Court Ord | 1249-000 | $200.00 | | $26,383.03 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $39.13 | $26,343.90 |
| 08/15/14 | 17 | GEORGE E. KROGUL 2045 W. North Ave., FL 2ndChicago, IL 60647-5413 | Rent Payments pursuant to Court Ord | 1249-000 | $200.00 | | $26,543.90 |

| | | | Page Subtotals: | | $15,800.00 | $197.68 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-31028
Case Name: CHRISTOPHER AMUNDSON
JULIE AMUNDSON

Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7413
Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX8645
For Period Ending: 04/16/2016

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/28/14 | | CHICAGO TITLE AND TRUST COMPANY 5215 OLD ORCHARD #400SKOKIE, IL 60077 | Sale of 3035 W. Montrose | | $15,000.00 | | $41,543.90 |
| | | | Gross Receipts | $360,000.00 | | | |
| | | BANCO POPULAR BANCO POPULAR | SECURED CREDITOR | ($310,987.04) 4110-000 | | | |
| | | ERIC JANSSEN CHICAGO REAL ESTATE RESOURCES 932 W. GRACE CHICAGO, IL | BROKER'S COMMISSION | ($4,200.00) 3510-000 | | | |
| | | Dreamtown Realty | BROKER'S COMMISSION | ($8,800.00) 3510-000 | | | |
| | | Cook County Tax Collector | Tax Payment | ($4,244.31) 2820-000 | | | |
| | | Chicago Title and Trust Company | CLOSING COSTS | ($5,308.00) 2500-000 | | | |
| | | Earnest Money | EARNEST | ($5,000.00) 2500-000 | | | |
| | | Tax Prorations | Tax Payment | ($6,152.67) 2820-000 | | | |
| | | M.G.R. - Water Certification/Zoning | WATER BILL | ($307.98) 2500-000 | | | |
| | 7 | | ILBT, INC. AND ILLINOIS CORPORATION HOLDS: 3035 W | $360,000.00 1129-000 | | | |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $41.46 | $41,502.44 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $59.71 | $41,442.73 |
| 10/22/14 | 17 | George Krogul 2045 W. North Ave. Chicago, IL 60647 | Turnover Payment | 1249-000 | $400.00 | | $41,842.73 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $61.79 | $41,780.94 |

Page Subtotals:    $15,400.00    $162.96

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-31028 | Trustee Name: Frances Gecker |
| Case Name: CHRISTOPHER AMUNDSON | Bank Name: The Bank of New York Mellon |
| JULIE AMUNDSON | Account Number/CD#: XXXXXX7413 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX8645 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/16/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $60.11 | $41,720.83 |
| 12/17/14 | 20 | US Bank - Cashier's Check 4328 Lincoln Square Illinois | Turnover Payment Montrose Property | 1122-000 | $21,002.48 | | $62,723.31 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $75.11 | $62,648.20 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $93.14 | $62,555.06 |
| 02/10/15 | 10001 | ARTHUR B. LEVINE COMPANY Attn: Maria Sponza 60 East 42nd Street, Room 965 New York, NY 10165 | Bond No. 10BSBGR6291 | 2300-000 | | $35.73 | $62,519.33 |
| 02/27/15 | 17 | GEORGE E. KROGUL 2045 W. North Ave., FL 2ndChicago, IL 60647-5413 | Turnover Payment Pursuant to Turnover Order | 1249-000 | $200.00 | | $62,719.33 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $83.99 | $62,635.34 |
| 03/26/15 | 10002 | ILLINOIS DEPT. OF REVENUE P.O. Box 19053 Springfield, IL 62794-9053 | 2014 Form IL-1041; FEIN 46-6368645 | 2820-000 | | $3,008.00 | $59,627.34 |
| 03/26/15 | 10003 | DEPARTMENT OF THE TREASURY Internal Revenue Service Cincinnati, OH 45999-0148 | 1041 (2014) - FEIN: 46-6368645 | 2810-000 | | $8,888.00 | $50,739.34 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $93.11 | $50,646.23 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $77.00 | $50,569.23 |
| 06/08/15 | 17 | GEORGE E. KROGUL 2045 W. North Ave., FL 2ndChicago, IL 60647-5413 | Turnover Payment Pursuant to Turnover Order | 1249-000 | $200.00 | | $50,769.23 |

| | | | | Page Subtotals: | $21,402.48 | $12,414.19 | |
|---|---|---|---|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-31028 | Trustee Name: Frances Gecker | |
| Case Name: CHRISTOPHER AMUNDSON | Bank Name: The Bank of New York Mellon | |
| JULIE AMUNDSON | Account Number/CD#: XXXXXX7413 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX8645 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/16/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer to Acct # xxxxxx1905 | Transfer of Funds | 9999-000 | | $50,769.23 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $63,602.48 | $63,602.48 |
| | Less: Bank Transfers/CD's | $0.00 | $50,769.23 |
| | Subtotal | $63,602.48 | $12,833.25 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $63,602.48 | $12,833.25 |

Page Subtotals: $0.00   $50,769.23

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1905 - Checking | $100.00 | $50,869.23 | $0.00 |
| XXXXXX7413 - Checking Account (Non-Interest Earn | $63,602.48 | $12,833.25 | $0.00 |
| XXXXXX9108 - GENERAL CHECKING | $0.00 | $0.00 | $0.00 |
| | $63,702.48 | $63,702.48 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,194,000.00 |
| Total Net Deposits: | $63,702.48 |
| Total Gross Receipts: | $1,257,702.48 |

Page Subtotals:                    $0.00            $0.00